# Edgar S. and Caren J. Hale
## 1401 Bowie Street
## Wellington, Texas 79095

Honorable Mary Lou Robinson
United States District Judge
Northern District of Texas
205 E. 5th Ave - Ste 13240
Amarillo, Texas 79101-9949

May 25, 2011

Re: 2:11-CV-090-J

Your Honor:

Our names are Edgar S Hale and Caren Hale. We are pro se in the above case. In response to your order, I give the following information.

1). Plains Radio Network was actually Plains Radio Network, Inc, a Nevada Cooperation. KPRN 1610 AM was part of that cooperation. Plains Radio Network, Inc has no assets and is no longer a registered cooperation. Over a year ago, Plains Radio Network was shut down and stopped broadcasting.

2). Bar H Farms: I have no idea where or what that is. The only thing I could figure out was that I had a email account at barhfarms@gmail.com. How these people figured out to sue a email account is beyond me.

Since there is no assets to the above, I would ask that you remove them from this lawsuit, especially the bar h farms one.

I would also like to object to Mr. Phillip Berg as attorney pro hac visa. Mr. Berg is under investigation by the Pennsylvania State Bar and will have a trial soon. He has been sanctioned 2 other times in prior court cases. If and when Mr. Berg applies for his pro hac visa, I will submit all the above information in writing to your honor.

Thank you

Edgar S. Hale III              Caren J. Hale



Dale
1401 Bowie St
Wellington, TX 79095

Honorable Mary Lou Robinson
United States District Judge
Northern District of Texas
205 E. 5th Ave Suite 13240
Amarillo, TX 79101-9949