IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| LISA LIBERI, et al., | § | |
| | § | |
| PLAINTIFFS, | § | |
| vs. | § | CIVIL ACTION CAUSE NUMBER |
| | § | |
| EDGAR HALE, CAREN HALE, PLAINS | § | 2:11-CV-090-J |
| RADIO NETWORK, BAR H FARMS, and | § | |
| KPRN A.M. 1610, et al., | § | |
| | § | |
| DEFENDANTS. | § | |

### ORDER TO DESIGNATE LOCAL COUNSEL

Philip J. Berg is counsel of record for all of the Plaintiffs in this case, but he is not admitted to practice before this Court and has not been admitted *pro hac vice* in this case pursuant to Local Rule 83.9. Further, counsel for Plaintiffs does not reside or maintain an office in this district as required by Local Rule 83.10(a) ./[1]

PLAINTIFFS' COUNSEL MUST OBTAIN LOCAL COUNSEL.

Plaintiffs' counsel is to comply with Local Rule 83.9 and to obtain local counsel in compliance with Local Rule 83.10(a) & (b) within **fourteen (14) days** of the date of this Order.

It is SO ORDERED.

Signed this the _27th_ day of May, 2011.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE

---

[1]   http://www.txnd.uscourts.gov/rules/localrules/civilrules83.html