IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| LISA LIBERI, et al., | § | |
| | § | |
| PLAINTIFFS, | § | |
| vs. | § | CIVIL ACTION CAUSE NUMBER |
| | § | |
| EDGAR HALE, CAREN HALE, PLAINS RADIO NETWORK, BAR H FARMS, and KPRN A.M. 1610, et al., | § | 2:11-CV-090-J |
| | § | |
| DEFENDANTS. | § | |

## ORDER FOR PLAINTIFFS TO FILE A REPLY

*Pro se* Defendants Edgar Hale and Caren Hale have tendered their response to the Court's order for more information regarding what types of entities are Plains Radio Network, Bar H Farms and KPRN A.M. 1610. That response has been filed. The response does not show that a copy of the letter was sent to Plaintiffs' counsel. The Clerk is ordered to send a copy to Plaintiffs' attorney along with this order.

Plaintiffs are to file their reply to that response by not later than **Friday, June 10, 2011.**

*Pro se* Defendants Edgar Hale and Caren Hale, Plains Radio Network, Bar H Farms and KPRN A.M. 1610 are instructed to send a copy of all their pleadings or communications to the Court to counsel for Plaintiffs.

The Clerk is to mail a copy of this order to *pro se* Defendants Edgar Hale, Caren Hale, Plains Radio Network, Bar H Farms and KPRN A.M. 1610 care of their address of record, and to send a copy of this order to Defendants Edgar and Caren Hale electronically care of their electronic addresses: barhfarms@yahoo.com.

It is SO ORDERED.

Signed this the _27_ day of May, 2011.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE