IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

AMARILLO DIVISION

| | | |
|---|---|---|
| LISA LIBERI, et al., | § § | |
| PLAINTIFFS, | § § | |
| vs. | § § | CIVIL ACTION CAUSE NUMBER |
| EDGAR HALE, CAREN HALE, PLAINS RADIO NETWORK, BAR H FARMS, and KPRN A.M. 1610, et al., | § § § § | 2:11-CV-090-J |
| DEFENDANTS. | § § | |

## ORDER

The Court has received a letter from Defendants Edgar Hale and Caren Hale, dated June 6, 2011, seeking to address certain issues with the Court. This letter is not in proper form for filing as a pleading. The Court will not accept letters as pleadings. All parties are to comply with Local Rules 5.1 and 10.1 and, if they seek or request relief from the Court, are to further comply with Local Rules 7.1 and 7.2. A complete copy of the Local Rules is located at http://www.txnd.uscourts.gov/rules/localrules.html.

It is SO ORDERED.

Signed this the _10th_ day of June, 2011.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE