IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

AMARILLO DIVISION

| | | |
|---|---|---|
| LISA LIBERI, *et al.*, | § § | |
| PLAINTIFFS, | § | |
| vs. | § § | CIVIL ACTION CAUSE NUMBER |
| EDGAR HALE, CAREN HALE, PLAINS RADIO NETWORK, BAR H FARMS, and KPRN A.M. 1610, *et al.*, | § § § § § | 2:11-CV-090-J |
| DEFENDANTS. | § | |

## ORDER DENYING MOTION TO PROCEED WITHOUT LOCAL COUNSEL

Before the Court is Philip J. Berg's application, filed June 10, 2011, for leave to proceed *pro hace vice* and, in addition, for leave to proceed without local counsel. That portion of Mr. Berg's motion seeking leave to proceed without designation of local counsel is denied. Plaintiffs are to obtain and designate local counsel in compliance with Local Rule 83.10(a) & (b) within **fourteen (14) days** of the date of this Order.

It is SO ORDERED.

Signed this the ____17th____ day of June, 2011.

_____
MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE