# Exhibit 1

## Exhibit 1   - transcript - Audio statement - reason for leaving Plains Radio Network

**Ed Hale:** Please listen to this statement made by MommaE as she quit co-hosting the Plains Radio Network's "No Obama Show" on August 21, 2008.

**Evelyn Adams aka MommaE:** When, uh, this primary season started and Hillary started running, I took on a cause. Then in January, I took on another cause. I am not one to dump causes until they are proven to me one way or the other to be, uh, not true. So, because of my association with Larry, ya'll have all been attacked. I do not feel that you should be. So I am going to not be on the show anymore, uh, because I do have an association with him that will continue and I wish ya'll all the best of luck in the world. And, uh, every now and then I will drop in the forum and post you a message and, and some good news.

**Ed Hale:** Well, MommaE, I tell ya what, we hate to see you go and I'm going tell you this much, that door is never closed. OK? So if you ever change your mind, all ya got, and ya got, my phone number and hey, you need to go out there in the chat room every night anyway to raise H E double L.

**MommaE:**  Well, I probably will, um, until ya'll kick me out and ban me.

**Ed Hale:**  Well, I don't think anybody can kick ya out, MommaE . Well, I appreciate you coming on here and saying what ya did, uh, on behalf of The Plains Radio Network, myself, the show, all of the staff, we thank you for all your dedication and all your hard work.

**MommaE:**  You're very welcome.

**Ed Hale:**  Alright, we'll talk to you later.  And hey,  you can call in any time you want to, as a caller. OK?

**MommaE:**  Alright.  Thank you very much.

**Ed Hale:**  Alright.  Bye bye.

# Exhibit 2

Case 2:11-cv-00090-J   Document 183-1   Filed 08/05/11   Page 5 of 30   PageID 3971



# Country First

"To restore... harmony,... to render us again one people acting as one nation should be the object of every man really a patriot." --Thomas Jefferson

Search...    [ Search ]

Advanced search

- Country First's Main Home Page

- Board index ‹ General ‹ Announcements
- Change font size
- Print view

- FAQ
- Login

## Ed Hale Attacks MommaE over Obama v Obama documents

Post a reply

Search this topic...    [ Search ]

17 posts • Page 2 of 2 • 1, 2

### Re: Ed Hale Attacks MommaE over Obama v Obama documents

by **Holly** on Wed Jan 07, 2009 11:51 am

I think all the guys in our group here now know that they have ladies as tough as they are. What was the Lady Warrior's Name in Celtic legion?
**"In this present crisis, government is not the solution to our problem; government is the problem." ~ Ronald Reagan**



Holly

Case 2:11-cv-00090-J Document 183-1 Filed 08/05/11 Page 6 of 30 PageID 3972

**Posts:** 1168
**Joined:** Fri Nov 07, 2008 6:54 pm

top

## Re: Ed Hale Attacks MommaE over Obama v Obama documents

by **Tèo Bear `,:-)** on Wed Jan 07, 2009 12:00 pm

You guys/gals kind of reminded of the prayer of Saint Frank,

Lord give the serenity to accept the things I cannot change,
the courage to changes the things that I can,
and the wisdom to know the difference.

And if all else fails Lord, please give me strong legs so I can run away!

**Tèo Bear `,:-)**

top

## Re: Ed Hale Attacks MommaE over Obama v Obama documents

by mudbug on Wed Jan 07, 2009 12:17 pm

No Fair!!! Everyone except myself and 'We the People' have those strong legs to get away on... I have to resort to backing away(with claws extended) and 'We the people' has to scury around on those short little legs.... We need to get on the bus...not under it. 🐾 🐾
Last edited by mudbug on Wed Jan 07, 2009 11:00 pm, edited 1 time in total.
Don't argue with an IDIOT; People watching may not be able to tell the difference!



mudbug

**Posts:** 716
**Joined:** Wed Nov 26, 2008 3:40 pm

top

## Here is Ed's reply to the peace offering of Aug 30, 2008

by **Tèo Bear `,:-)** on Wed Jan 07, 2009 12:27 pm

From: Ed Hale [mailto:barhfarms@gmail.com]
Sent: Friday, August 29, 2008 11:40 PM
To: Ayish dob elohim
Subject: Re: Please read this you two texican rednecks

1st Off, I want you to know that I thought and still think what your talking about the Marine is pure bullshit. 2nd, I do not have any connection with the mitch and nan show, I ended that along with the Larry, Larry name cannot be allowed to be used in our chat. I saw what was happening with Larry and the other people. The only way was to get rid of all of them. If you have noticed our chat room, we are not having any problems except with the BS coming out of Momma E chat. I have told everyone that Momma E has her right to do what ever she wants to. I don't like her allowing her people to trash me and my web site. These people on a great day will have maybe 20 people listening. I have 1000's listening to me and I am doing good things. I want her to stop trashing me and I will never say a word about her, because when I do I give her creditable, and she sure as hell does not have that. Her and Cristi are out there causing me all kinds of problem, they call my co host and threat her, but they do not have the guts to call me. Now tell them to just get out of my site and stop trashing me and keep their little bunch of disgruntle listeners. Ed

On Fri, Aug 29, 2008 at 9:49 PM, Ayish dob elohim <ayishel@solomonsstables.org> wrote:

MommaE and Ed,

I have been on both your shows and have been watching both of your chats. There is a real problem going on, but first I want to say my peace.

First, Ed I am pissed that you would put Marine's lives in danger when we were corresponding about what CNN has, that turned me, and turned me quick. Ed trying to reach out to Mitch and Nan only exacerbated the problem with Larry Sinclair, Mitch and Nan only pulled you both further apart much faster than what it might have been.

Second, MommaE Larry has no place in the discussions anymore unless there is concrete and breaking news, such as Daddy telling Beau to drop the charges against Larry. This has relevance to the mission at hand, which is to prove that Obama and Biden are unfit for office, and that they would stop a prosecution for political reason. Larry's homosexual trists with Obama are meaningless to the big picture.

From: Ed Hale [mailto:barhfarms@gmail.com]
Sent: Friday, August 29, 2008 11:40 PM
To: Ayish dob elohim
Subject: Re: Please read this you two texican rednecks


1st Off, I want you to know that I thought and still think what your talking about the Marine is pure bullshit. 2nd, I do not have any connection with the mitch and nan show, I ended that along with the Larry, Larry name cannot be allowed to be used in our chat. I saw what was happening with Larry and the other people. The only way was to get rid of all of them. If you have noticed our chat room, we are not having any problems except with the BS coming out of Momma E chat. I have told everyone that Momma E has her right to do what ever she wants to. I don't like her allowing her people to trash me and my web site. These people on a great day will have maybe 20 people listening. I have 1000's listening to me and I am doing good things. I want her to stop trashing me and I will never say a word about her, because when I do I give her creditable, and she sure as hell does not have that. Her and Cristi are out there causing me all kinds of problem, they call my co host and threat her, but they do not have the guts to call me. Now tell them to just get out of my site and stop trashing me and keep their little bunch of disgruntle listeners. Ed


On Fri, Aug 29, 2008 at 9:49 PM, Ayish dob elohim <ayishel@solomonsstables.org> wrote:

MommaE and Ed,


I have been on both your shows and have been watching both of your chats. There is a real problem going on, but first I want to say my peace.


First, Ed I am pissed that you would put Marine's lives in danger when we were corresponding about what CNN has, that turned me, and turned me quick. Ed trying to reach out to Mitch and Nan only exacerbated the problem with Larry Sinclair, Mitch and Nan only pulled you both further apart much faster than what it might have been.


Second, MommaE Larry has no place in the discussions anymore unless there is concrete and breaking news, such as Daddy telling Beau to drop the charges against Larry. This has relevance to the mission at hand, which is to prove that Obama and Biden are unfit for office, and that they would stop a prosecution for political reason. Larry's homosexual trists with Obama are meaningless to the big picture.

Both of you are under attack by obots, they want to paint McCain and Palin as only good for ignorant rednecks, and this can only hurt our combined effort to defeat Obama. Hillary is out, and that is that. It is time to form a united front for the purpose of defeating Obama.

Here is my suggestion. The morning after the RNC, you will both post the following statement under your own ids in your forums. I really hope you both think this over, there are people out there who are very happy you two are apart, and they now want to keep you off target. It would be nice if you gave each other 15 minutes on each others show to wish each other good luck, but that may be hoping for too much from two Texas stubborn rednecks, but it is a hope. However I am serious about the joint statement.

+++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

Statement from MommaE and Ed Hale

We have had disagreements that are irreconcilable, and we will no longer be appearing with each other. It is our right to disagree and if the disagreement cannot be resolved amicably, we find it better that we do not work together. This is true especially if we still share the same goal of defeating Barack Obama and Joe Biden by electing John McCain and Sarah Palin.

We still share the same beliefs that Hillary Clinton is the superior candidate but was robbed of this election by Barack Obama and the elites of the DNC. We both also feel that the victim Hillary Clinton was made to apologize to the perpetrator Barack Obama in the form of endorsing the perpetrator publically during the Democratic National Convention. She was made to do this by the DNC elites under the threat of isolating her from the party.

We now realize that Obots sent from Obama's camp have been fueling the fires between us, with the purpose of dividing our efforts and causing us not to discuss the issues, but instead they have been provoking us from discussing the real issues that are important to our listeners. This conduct cannot be rewarded.

We still disagree on issues and will not reconcile these differences, but we both realize that our common goal is being threatened by people outside who do not share our goals. We here by issue this joint statement that we will never mention each other on our shows in a negative light. We will not tolerate callers or guests in our chat room talking bad against each other. These people will be cut off the air and booted from the chat room with no warning.

We ask all of our listeners to understand that what we do agree on is the absolute and total defeat of Barack Obama.


MommaE and Ed Hale


++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

**Tèo Bear `,:-)**


Top


### Re: Ed Hale Attacks MommaE over Obama v Obama documents

☐by **Philadelphia Roof Doctor** on Wed Jan 07, 2009 12:34 pm

> *mudbug wrote:*No Fair!!! Everyone except myself and 'We the People' have those strong legs to get away on... I have to resort to backing away(with claws extended) and 'We the people' has to scury around on those short littl legs.... We need to get on the bus...not under it.


Harumph!!! When they see your claws and "We the People's" hair, they're all going to be scared to death.

You have no need for "those strong legs to get away on."



**No Obama!!** **Support and defend the Constitution.**
**No Communism!!**



Philadelphia Roof Doctor

Moderator

**Posts:** 904
**Joined:** Thu Nov 06, 2008 6:36 pm

Top

## Re: Ed Hale Attacks MommaE over Obama v Obama documents

☐by KatLawson on Wed Jan 07, 2009 10:17 pm

Holy SMOKES! All sorts of things happened since I was here 2 days ago!

Bear -- sorry about the terrible experience with Ed. He's a cranky, old man who seems to concoct bizarre lies, as necessary for his ego. Stephen Pidgeon will be on tomorrow night. I'll probably listen to him, then probably no more for me. Thank you for your service, for our country. And, wishing GREAT SUCCESS!!! ☺

MommaE -- thank you for all that you do! Stay strong!

*Kat*

## Write Congress:

Rally Congress * Write Your House Rep * Write Your Senator

**CALL Capitol Hill: (800) 862-5530 * (877) 851-6437 * (877) 210-5351 * (800) 828-0498 * (866) 220-0044**
**CALL The White House: (800) 833-6354**



KatLawson

**Posts:** 55
**Joined:** Sun Nov 16, 2008 8:56 pm
**Location:** S. Central Tejas

* Website

Top

## Re: Ed Hale Attacks MommaE over Obama v Obama documents

☐by Tèo Bear `,:-) on Thu Jan 08, 2009 5:56 am

Don't be sorry Kate, if not for ol'bigfoot-mouth I would never have had the ple  **Chat is off.** Chat Help
MommaE.

**Tèo Bear `,:-)**

---

Top

previous **Display posts from previous:**  All posts    **Sort by**  Post time    Ascending    [Go]

Post a reply
17 posts • Page 2 of 2 • 1, **2**

Return to Announcements

Jump to:    Announcements    [Go]

**Who is online**

Users browsing this forum: No registered users and 1 guest

[Back to previous page]

[search the old forum]

site search by freefind    advanced

- Board index
- The team • Delete all board cookies • **All times are UTC - 8 hours**

Powered by phpBB © 2000, 2002, 2005, 2007 phpBB Group

# Exhibit 3

**Exhibit 3   - transcript - Audio statement - accusation towards Ed Hale of trying to make her lie**

**Ed Hale:**  Please listen to this statement made by MommaE as she quit co-hosting the Plains Radio Network's "No Obama Show" on August 21, 2008.

**Evelyn Adams aka MommaE:**  When, uh, this primary season started and Hillary started running, I took on a cause.  Then in January, I took on another cause.  I am not one to dump causes until they are proven to me one way or the other to be, uh, not true.  So, because of my association with Larry, ya'll have all been attacked.  I do not feel that you should be.  So I am going to not be on the show anymore, uh,  because I do have an association with him that will continue and I wish ya'll all the best of luck in the world.  And, uh,  every now and then I will drop in the forum and post you a message and, and  some good news.

**Ed Hale:**  Well, MommaE, I tell ya what, we hate to see you go and  I'm going tell you this much, that door is never closed. OK?  So if you ever change your mind, all ya got, and ya got, my phone number and hey, you need to go out there in the chat room every night anyway to raise H E double L.

**MommaE:**  Well, I probably will, um, until ya'll kick me out and ban me.

**Ed Hale:**  Well, I don't think anybody can kick ya out, MommaE . Well, I appreciate you coming on here and saying what ya did, uh, on behalf of The Plains Radio Network, myself, the show, all of the staff, we thank you for all your dedication and all your hard work.

**MommaE:**  You're very welcome.

**Ed Hale:**  Alright, we'll talk to you later.  And hey,  you can call in any time you want to, as a caller. OK?

**MommaE:**  Alright.  Thank you very much.

**Ed Hale:**  Alright.  Bye bye.

*************************************************

**Ed Hale:**  Now, please listen to what MommaE said on James David Manning's radio show on September 5, 2008.

**Caller:**  OK, I don't want him to get off the subject, but I just have one quick question about Ed Hale. I noticed he doesn't tell the truth a lot, I notice he does do a lot of lying.  (MommaE laughing in background).  Um. Is that, um,

**MommE:**  Is that why I left?  Yes it is.

**Caller:**  That's why you.  OK.  That's all I wanted to know.  Because, um, I noticed now when I went on there, he is charging ten dollars now to chat on his, um,  I'm like, I'm not going to pay you for that.  I'm sorry.

**MommaE:**  Well, let me tell you.  That. I mean,  He's.  I'm not going to lie for anybody and he, uh, that is what, is what he wanted me to do, and uh,  in order for me to stay on the show with him, I had to lie and I wasn't going to do that. Uh,  because not only would I have been making myself a liar, I would have been lying on Larry Sinclair and I also would have been telling all those people that was on that conference call with me, that heard the

conversation, I would have been saying they were liars and I'm not about to do that. And so,

**Ed Hale:** Now, my question is this. Which time was MommaE not telling the truth? Was it when she left or was it on September 5th, 2008? Here is another clip of that same show where she states that my stats are incorrect.

**Caller:** (inaudible) an Obama person. Do you, do you suspect that? Sometimes? He sorta, leads to me,

**Male Host:** It seems like he doesn't care. He just doesn't care what happens.

**Caller:** Ya, he doesn't care. Because, to me, he seems like one of the Obama nuts, that's what, and he's playing like he's for Hillary. I don't know him personally, so

**MommaE:** He was a Hillary delegate. Um, I believe he's a democrat. But, I believe at this point when he started that radio show, um, it's all about him making the big time now.

(inaudible)

**MommaE:** That's what the show. That's what he thinks. And, uh, the two and a half million listeners that he's got on that radio show. That ain't happening.

I know exactly how many people there are. I know where that radio show goes. I know how to go in there and look to see to see how many listeners there are. And, it, it it ain't happening.


**Ed Hale:** MommaE, one of the things I want to tell you is, in the first place, I'm not in this for the money. I'm not needing to advance. I'm 63 years old and I really don't care. What I wanted to do was run a professional show. Which unlike you, is a telephone yakker. My show is professional. I do it in a professional manner. And I treat all my guests and my callers with professionalism. Unlike you, who likes to do your old crone thing. Now, Harriet, who is the caller, is calling me an obot. That I'm an Obot nut. And MommaE, well, she is admitting that I was a democrat. And then she talks about my stats. Well, I got news for ya, folks, the only way you can get in and see the true stats is with a username and a password. Which, I hate to tell ya this, she does not have. And if she does have them,

then that means she is a thief. This woman has sat out there and told lie after lie. And the truth is not in her. I will tell ya something, on the home page, there is a link that says "radio show stats". Please click on that link and you'll go see where two weeks ago we were drawing about two and a half million listeners per night. Now, we're down to one point four million. That means that we have lost a million listeners in two weeks, due to her lies. MommaE, I'm not going to take it no more. I can promise you this much. If you or your callers, or anybody in your chat room, ever, mentions Plains Radio Network, the No Obama Talk Show, me or anybody else associated with this, I'll have you in the court house and I will proceed to take try to everything that you own. I am tired of it. Who has 15 or 20 people listening to your show and you can't stand it because you lost out on the best thing that there was. You took the side of a liar, called Larry Sinclair, and now it's backfiring in your face and now you gonna try to take me down. Well, MommaE, it ain't gonna work. One more word and we go to the court house. I'm sick of it and I'm sick of you.

# Exhibit 4

## Exhibit 4  - transcript - Audio statement -  Phone call to
## Sammy Korri, Chief Editor of the African Press International

**Sammy Korri:**  You are telling us that you are a retired man and so on and so forth.  When you,  somebody is open like that, then we are willing to deal with them.

**Ed Hale:**  Right. I

**Sammy Korri:** Because. Now I feel, I, even though I don't know you, I feel I know you. You know when you tell someone, this is me, this is what I've done, this is what I have done this thing, um, without, um,  adding anything to make it look bigger than it is the we appreciate.

**Ed Hale:**  OK.  How do you want to proceed with this?

**Sammy Korri:**  Pardon?

**Ed Hale:**  How do you want to proceed with this?

**Sammy Korri:**  No, you, you are the one.  Ya know, we don't know anything about your country. There are many news channels. We do not know what is important and what is not important. OK?

**Ed Hale:**  OK

**Sammy Korri:**  What we want is the truth to reach the American people so that they don't, uh,  call us liars.

**Ed Hale:**  I understand exactly where you are coming from there.

**Sammy Korri:**  And then, and many people are writing to us and telling us to send it to FOX and send it to where, don't give it to somebody who will not release it, they will sit on it, and so on.  The point is we don't mind, mind is one thing, that the truth comes out in the long run.

**Ed Hale:**  Well, I can tell you this,

**Sammy Korri:**  And, and, and.  Let me, let me finish this.  And then if we

don't chose a network now, we are going to have more problems, the more

we get people contacting us asking and giving us offers. Which we are not

interested. We are interested in releasing the thing, unedited. And how,

whoever it is released to as long as people can listen to it.


**Ed Hale:** Right. I'll tell you what. What I want to do is like I told you in

my emails.


**Sonny Korri:** Yes


**Ed Hale:** I would like to, uh, have an interview with whoever did it.


**Sonny Korri:** Yes


**Ed Hale:** Present the tape. And then let that person come back on after that

tape has run and verify that was his tape. We will release this on our show

tomorrow night. I will contact CNN, FOX and ABC as soon as I have it in a

can. And I will put it up on the website so they can listen to it.


**Sonny Korri:** Yes

Ed Hale: And before anybody other than a major news organization gets this tape, I would want to clear it with you guys.

**Sonny Korri:** Yes. Because of one thing I believe is when you, we live in another country.

**Ed Hale:** I understand.

**Sonny Korri:** And then would rather deal with a person who lives there than us directly sending it to an amusement (inaudible) we want someone who can, who knows what is popular. It doesn't matter if they are popular or not, but a network that would not start editing the important bits of the tapes.

**Ed Hale:** Right.

**Sammy Korri:** And then the other thing, the other thing, I thought if we are covered, you have given us something in writing, that you will do these

things,

**Ed Hale:** OK

**Sammy Korri:** then we will not have a problem to say, to say to the American people we have chosen this and this and that's final. (inaudible) Because I did the last statement now, where I am saying, maybe they can, we appear to have (inaudible) those overfearing (inaudible). OK?

**Ed Hale:** Well, I have. See, I have several members of our organization that are, uh, that are, uh, we uh, that are attorneys. And I have talked to them and they say there are no problem releasing the tapes. There are no liabilities on other end by me releasing the tape provided that I release the tape with the interview from the reporter.

**Sammy Korri:** hmmmm

**Ed Hale:** And so, as long as I, see, then it becomes, as what we call in this country, as a news item. And that makes it public information. Which in turn, takes all liabilities out of it.

**Sammy Korri:** I understand

**Ed Hale:** And I will promise you this much. That tape will not be editied in any way.

**Sammy Korri:** Yes.

**Ed Hale:** I do not, I am not that kind of person. I want the truth out there. I'll tell ya what. On my show, I have lost listeners before because I have had Obama supporters coming on telling their side of the story.

**Sammy Korri:** Yes.

**Ed Hale:** I had McCain supporters on telling their side of the story. I believe that the truth is in the middle. And if the people get to hear both sides of the story, they themselves can find the truth.

**Sammy Korri:** Yes. Yes. Yes, that's correct

**Ed Hale:**  And ya know, that's all I want to do is to present it out there and let the American people listen to it.  They decide.

**Sammy Korri:**  Yes.

**Ed Hale:**  Not me.  Ya know, I have no commentary on it. I just present it out there. Uh, I have friends at the major networks.  We have broke 5 stories on our radio station that went nation wide. And uh, so I do have a little clout in the fact that the people that I know in the major news media market will listen to me. They know I am a straight shooter and I do not lie. I just tell it like it is.

**Sammy Korri:**  Correct.  I don't have a problem with that. I just want someone to give us a document.

**Ed Hale:**  OK, what kind of document do you want?

**Sammy Korri:** You will be the sole.  Mmmm  We don't want when we send to you and then we will have people saying "No, he has not put it on air. Can you send us another one?".

**Ed Hale:** OK, I under.  What you want is verification that I am going to release it.

**Sammy Korri:** We can wonder if you can make something, if you can make an agreement, between us and  API, then you can send it to us.  The if it's an official document, if you do it yourself,  and then I don't know how you will.
To the email.

**Ed Hale:** OK, I can scan it and send it to you in email.

**Sammy Korri:**  Pardon

**Ed Hale:** I can scan.  I can.  We can.  Get something put together. Showing where we're going to release it, what time we're going to release it.  In fact I have two and a half million emails, uh, members. And immediately after I get this tape, I

**Sammy Korri:** Just one minute.  The time you release it is not my problem.

The moment it comes to you (inaudible).  If we have an agreement between us, then a million people will know, very quickly, that it is no longer in our hands.

**Ed Hale:**  OK, I understand.

**Sammy Korri:**  Then it will be. It is now you to release it and they will push you to release it.

**Ed Hale**:  CeCe, you're on here, you're a paralegal.  Tell us what we need to do, gal.

**Sammy Korri:**  Pardon

**Ed Hale:**  I've got a co-host that's listening to this. And I wanted her to tell us what we've got to do, in order to.  She understands  what you are talking about.  She is, uh, works with attorneys and such.  CeCe, are you there?

**CeCe:** Yes

**Ed Hale:** Alright, can you tell this gentleman what we're going to do, how we're going to do this. You understand what his concerns are?

**CeCe:** Um. Well, let me ask him if I do. But, I'm not an attorney,

**Ed Hale:** I understand that.

**CeCe:** so you need to. Um

**Ed Hale:** We can get a hold of an attorney real quick.

**CeCe:** Right. Sir, if what you, you just want something in writing as to what you asking to be done. Correct?

**Sammy Korri:** Are you talking to me?

**CeCe:** Excuse me?

**Sammy Korri:** Are you talking to me?