**CeCe:**  Yes sir, I am talking to you.

**Sonny Korri:**  Now that Ed wants to be the one to distribute this in the USA.

**CeCe:**  Right, and

**Sonny Korri:**  We are saying, because of the pressure we have from the people. We want something written that we have a deal with him to handle this case. To the (inaudible), a deal between us and this company or him. When we receive that then we will announce the information on the net. Not agreement.  We are not talking about the agreement, the agreement is private.

Then we will write an article now everything is cleared, the tape will be released as soon as possible. But, by this network in America.

**Ed Hale:**  OK, I'll tell you what.

**Sonny Korri:**  And then these people will have to send an email to Ed and say we understand (inaudible) we are not releasing it.

**CeCe:** The agree would be something to the extent, of what you are asking for is "we such and such are releasing this to Ed Hale, Plains Radio and for his release to" and then do you want to chose who is going to he is going to release it to or are you leaving that up to him?

**Sammy Korri:** No, that is up to him. We just want a reasonable person that we can leave the tape to. Because what the American people are fearing they are saying is don't release the tape to someone who is not signed anything because they might (inaudible).

**CeCe:** Well, then. OK. What you want is something that says we are releasing this information to, um, Mr. Hale and it is our understanding that any release of this audio tape will be released in it's entirety without any editing.

**Sammy Korri:** Without any editing and the person to decide where to be released and when will be Ed Hale. Hale. How do you pronounce it?

**CeCe:** Yes, that correct. Hale. Mr. Hale has control over the release of this

tape.

**Sammy Korri:**  (Inaudible) Because it has to be written down so that we put the responsibility.  If anything goes wrong, we can produce a document later and say the tape is with him and he is the one to release. So, whatever happens. I mean (inaudible) credibility here.

**Ed Hale:**  Let me slip in here and say one thing.  Once you release that tape to me, on your website, I want you to publish my website which is plainsradio.com . On plainsradio.com, I will put up a statement to the fact that this tape will be released tomorrow night at 8pm Central time.

**Sammy Korri:** Yes

**Ed Hale:**  And that away, I want everyone to know when the tape is going to be released and where.

**Sammy Korri:**  Yes, that one is your decision.

**CeCe:**  Ok, now

**Ed Hale:** Go ahead, CeCe.

**CeCe:** You asking though, for this can be protected. So that no one else can, can. Ok, now I think I understand what you're wanting to do. You're wanting perhaps copywrite of this that no one can put it on their website or release it without checking with Ed Hale. Correct?

**Sammy Korri:** That is correct.

**Ed Hale:** Alright. Now. Now, the minute I get this tape, what I can do is go online, place it on the web page and file a copywrite with the United States government and nobody can touch it. If they do, their liable.

**Sammy Korri:** I can tell you that this is a very, very sensitive tape. And is not only what we have written that is bad, there is more information that is going to come out when you view the tape.

**Ed Hale:** OK

**Sammy Korri:** It is a very, very important tape and it is very scary, actually. So you will have to be very careful when you get it and listen to it.

**Ed Hale:** Well, one of the things I do, and this is what I want to do. Once I interview your reporter, run the tape and talk to your reporter after the tape, or yourself, whoever, I am going to contact. I have, I know, and CeCe knows too that we have a very high contact in the Obama campaign. I am going to call him up and say hey, you are welcome to make comments on this tape, after, afterwards. And let them listen to the tape and let them make their comments and it will be included in the program.

**Sammy Korri:** Ed. Ed. What I want is your to bind yourself. That you are taking the full responsibility.

**CeCe:** He doesn't want commentary.

**Ed Hale:** OK OK I understand.

**CeCe:** He does not want commentary. If I am understanding the gentleman correctly,

**Ed Hale:**  He just wants the tape played.

**CeCe:**  Is to insure the integrity of the tape, without anyone messing with it. Altering the tape. He wants it to be produced as

**Sammy Korri:**  You make commentary.  After.  If you play the tape and make your comments, that's OK.  But I'm saying nothing should be altered in the tape.

**Ed Hale:**  I will play the tape in its entirety.

**Sammy Korri:**  Yes.  And then you can put in your comments, but as long as it does not interfere in the contents of the tape.

**Ed Hale:**  Right. Right. Ok  I understand that.  I want to play the tape in its entirety and then I would love to be able to interview the reporter who did this also and then play that.

**Sammy Korri:**  No problem.  What you should.  Can you send us a

document then we read it quickly then we send it back to you if we don't agree with some paragraphs then we send it back and you send it back to us quickly .

**Ed Hale:** OK  Do you have such a document yourself?  That you could send to me and I sign it?

**Sammy Korri:**  No, I don't have it. That's the problem.

**Ed Hale:**  OK  CeCe, can you get us a document like what he's wanting?

**CeCe:**  Umm, I'm not sure, I think you're going to have to talk to one of the attorneys and get them to a

**Ed Hale:**  Well, you have an attorney contact down there in Houston. Can you not get a hold of her today and get  her to do something?

**CeCe:**  We can try and get a release for you.  Yes.

**Ed Hale:**  OK  Ok  We'll try to get that done today, sir.

**Sammy Korri:**  Ok, thank you.  I will wait for you call back when you are ready.

**Ed Hale:**  OK, will do.  Alright.  Bye bye.

**Sammy Korri:**  And when you decide, the day you decide to release the tape, it would be nice if you would let me know, so that I know

**Ed Hale:**  Well, I can tell you right now that the tape will be released Monday night at 8PM Central time. Which will be August, October 20th.

**Sammy Korri:**  Then let us do the paperwork very quickly.

**Ed Hale:**  Ok  Alright.  Thank you sir.

**Sammy Korri:**  Then I read it and then if I see something we want added or changed then I will correct it and then we send it back quickly on email. And then now, when we finalize, then we will give you a go ahead.

**Ed Hale:**  Alright.  Thank you sir.

**Sammy Korri:**  Thank you  Bye bye

**Ed Hale:**  OK, let me stop this recorder.

# Exhibit 5

**Exhibit 5   - transcript - Audio statement - MommaE stating facts reganding  African Press International**

**Clip 1**
**Clip 2**
**Clip 3**

Clip 1  -  **Evelyn Adams aka MommaE:**  There was never a deal for that tape to be released with anyone, in spite of the fact that the, the,  they've said that there was.

Clip 2 -  **Evelyn Adams aka MommaE:**  I, I,  spoke with, uh,  Chief Editor Norri (Korri) at African Press International.  Fact I spoke with him twice yesterday  and six times today. You have to remember.

Clip 3 -  **Evelyn Adams aka MommaE:**  Yes, Alice, Berg is representing African Press International.  He is now their attorney.  If anyone tries to sue him or intimidate him or harass him or do anything to him, Mr. Berg is his attorney of record and it will be taken care of.

# Exhibit 6

**Exhibit 6   - audio transcript**
**Plains Radio Disclaimer and Introduction**

### The Plains Radio Network, Inc. Disclaimer

The material presented in the Plains Radio, Network, Inc. radio broadcast is

provided as a public service.  This information is made available in good

faith and is derived from sources believed to be reliable and accurate at the

time of the broadcast.  However, the information is provided  solely on the

basis that the listeners will be responsible for making their own assessment

of the information provided. And that they will verify all relevant

representations, statements and information.  Neither Plains Radio Network,

Inc., its hosts, guests or callers to the Plains Radio Network shall  be

responsible or liable for any losses, damage, personal injury arising from the

use or reliance on any information, data or advise.  Including incomplete,

out of date, wrong, inaccurate and misleading information, data or advise.

Expressed or implied in the Plains Radio broadcast by any person what so

ever.

This is the place for no bull and no spin.  Stand by, you are about to enter the American zone.  Where you will get the truth, the whole truth and nothing but the truth.

The Plains Radio Network proudly presents the Voice Of The People.  A full emission of Democrats, Republicans and Independents for a better America.



Opinions stated by various contributors to Plains Radio Network, Inc. and its radio programs are not to be considered as endorsed by Plains Radio Network, Inc. Visitors are urged to use their own discernment to draw their own conclusions.

All information, products, services and use of this website is for personal use only. Plains radio does not confirm nor deny the validity or accuracy of the information contained within the website. Any services or products provided by Plains Radio Network, Inc. and its Host-Contributors should be used solely for entertainment and enjoyment.

We emphasize the importance of keeping an open mind and not construing the data, products and/or services as factual.

# Exhibit 7

Streaming...

Plains Radio Network
Glenn Beck
Monica Crowley
Paranormal Radio
Overnight AM
Comedy 104
Talk Back America Radio
LA Talk Radio
Leo Laporte
Liberty Radio Live
Neal Boortz
Progressive Talk
The Right Perspective
Avi Nelson
BBC RADIO 4
Ben Armstrong
Bob Costas
Bob Edwards Weekend
Fox Sports Radio
Kim Komando
Monks Media
NASCAR Net News
Nitro Thunder
Octane365
Robert Scott Bell

**Exhibit 7**

**12-06-2008  talkstreamlive.com  2 am Central time**

Talk Radio...



M-F
3-6pm
PT

MICHAEL SAVAGE

Blogs...

There are currently no blogs available



www.Newsmax.com

Blame
Palin?

Vote Here
Now!

Ads by Google

# Exhibit 8

# Plains Radio Network

CATEGORIES   GADGETS   BLOG   CONTACT   .MOBI

Rush Limbaugh: Yes or No
Rush El Sacho Burro: Do You Like Rush Limbaugh?
rushmeister.com

## 12-08-2008 talkstreamlive.com   11 pm Central time

### Streaming...

Overnight AM
Paranormal Radio
Plains Radio Network
Michael Savage
John Gibson
Rusty Humphries
Mark Levin
Alex Jones

Michael Savage
Michael Savage
Bob Grant
Contact Talk Radio
Dennis Miller
Dennis Prager
John & Ken

Local Radio Stations
Find Los Angeles Radio Stations - News, Music, Talk
Speakeasy
Radio - YellowPages.com/LosAngeles

Ads by Google

### Talk Radio...



Tammy Bruce
M-F  9am - 12pm  PT  Live
Sat  4pm - 7pm  PT  Live

*Exhibit 8*

### Blogs...

There are currently no blogs available.



BroadWave
Audio Streaming Server
NCH Software

# Exhibit 9

A Dynamic Directory of Internet Radio

Paranormal Radio

CATEGORIES   GADGETS   BLOG   CONTACT   MOBI

Local Radio Stations
Find radio stations in your area - news, music, talk, Spanish
Radio.YellowPages.com

**12-14-2008  talkstreamlive.com   12 noon Central time**
**Save America's Music 5 hour Re-broadcast**

Streaming...

Plains Radio Network
Sean Hannity
Rush Limbaugh
Coast to Coast AM
Garrison Keillor
Alex Jones
Roy Masters
Overnight AM
Ceol na nGael
Paranormal Radio
Paranormal Radio
Dennis Prager
Fly With Me
Motor Man
Net Talk World
Robert Scott Bell

*Exhibit 9*

Hey Rachel Ray Lost 20lbs
Rachel's Recipe for weight Loss!
Review and Try Product She Uses
www.RachelsWeigh.com

Rush Limbaugh: Yes or No
Quick 10-Second Survey Do You Like
Rush Limbaugh?
www.time-to-vote.com

Ads by Google

Talk Radio....

OVERNIGHT
Waging War on the Matrix of Confusion

Blogs...

There are currently no blogs available





**Blame Palin?**

# Exhibit 10

CATEGORIES   GADGETS   BLOG   CONTACT   .MOBI

Ads by Google

Local Radio Stations
Find radio stations in your area - news, music, talk, Spanish.
Radio.YellowPages.com

Rush Limbaugh: Yes or No
Quick 10-Second Survey Do You Like Rush Limbaugh?
www.time-to-vote.com

Free Live Radio
Listen to Free Live Radio From Your Desktop with the Music Toolbar
Music.platfontibars.com

12-14-2008   talkstreamlive.com   11 pm Central time

Streaming...

Plains Radio Network
Lan Lamplere
The Captains AMERICA
Coast to Coast AM
Bill Cunningham
Bill Cunningham
John Batchelor
Roger Hedgecock
Paranormal Radio
Bill Cunningham
Net Talk World
Sean Hannity
Air America
Paranormal Radio
Science Fantastic
Science Fantastic
Bill Cunningham

Exhibit 10

Talk Radio...

Neal Boortz

M-F
8:30 - 1pm
ET

Blogs...
There are currently no blogs available.



NCH Software BroadWave Audio Streaming Server
Download Now

# Exhibit 11a and 11b

e's Top 100 Talk Radio Shows 2008 « Talk Stream Live - Windows Internet Explorer

http://talkstreamlive.wordpress.com/2009/01/01/talkstreamlives-top-100-talk-radio-shows-2008/

Suggested Sites ▼ Web Slice Gallery ▼

Bing

Page ▼  Safety ▼  To

.ive's Top 100 Talk Radio Shows 2008 ...

Home

# TALK STREAM LIVE

A Dynamic Directory of Internet Radio

# *Exhibit 11a*

Feeds: ☐ Posts ☐ Comments

Search



« Top 25 Internet Talk Radio Rpt. XXXI    The Right Perspective – Friday 10pm EDT »

# TalkStreamLive's Top 100 Talk Radio Shows 2008

January 1, 2009 by talkstreamlive

1 Tammy Bruce
2 Laura Ingraham
3 Rush Limbaugh
4 Michael Savage
5 Glenn Beck
6 Sean Hannity

## TALKSTREAMLIVE

Rush Limbaugh
Monica Crowley
The Vchannel
Red State Talk Radio
Comedy104
Liberty Broadcasting
Dennis Miller

## TWITTER UPDATES

May Trend Report

http://bit.ly/dbMbA

100 Talk Radio Shows 2008 « Talk Stream Live - Windows Internet Explorer

talkstreamlive.wordpress.com   2009/01/01/talkstreamlive-top-100-talk-radio-shows-2008/

Suggested Sites ▾   Web Slice Gallery ▾

p 100 Talk Radio Shows 2008 ...

# Exhibit 11b

5 Glenn Beck
6 Sean Hannity
7 Mark Levin
8 Neal Boortz
9 Dennis Miller
10 George Noory
11 Monica Crowley
12 Bill Bennett
13 Michael Medved
14 Bill O'Reilly
15 MANCOW
16 Dennis Prager
17 Hugh Hewitt
18 Dr. Laura
19 Rusty Humphries
20 Mike Gallagher
21 Lan Lamphere – Patriot Brigade Radio
22 The Lion's Den – Plains Radio Network
23 IMUS
,24 Jerry Doyle
25 The Right Perspective
26 Alex Jones
27 Paranormal Radio
28 Larry Elder
29 Roger Hedgecock
30 Quinn & Rose

**<< As you can see by this cha... The Lions Den and Plains Rad... was rated at number 22 for th... year of 2008.**

LIVE right now

May Trend Report
http://divcity/v9wba
1 week ago

RT @TangyYanki
@JanineTurner is your show
on @talkstreamlive ?
http://www.talkstreamlive.cor
3 weeks ago

" John Stokes is on Tom
Donahue Free Thinker
Radio "
http://bit.ly/aROYz3
4 weeks ago

The Enchanted Florist Deal of
the Day | Talk Stream Live

BLOGROLL

# Exhibit 12



# Top 25 Internet Talk Radio Rpt. XXXI

January 1, 2009 by talkstreamlive

4th Quarter 2008

Rank / Share

1 Tammy Bruce  14.4
2 Laura Ingraham  10.0
3 Rush Limbaugh  7.1
4 Michael Savage 5.5
5 Glenn Beck 4.7
6 Sean Hannity 4.0
7 Monica Crowley 3.6
8 Mark Levin 2.7
9 George Noory 2.1
10 Dennis Miller 2.0
11 Neal Boortz  1.8
12 The Lion's Den – Plains Radio Network  1.7
13 Bill Bennett  1.7
14 Bill O'Reilly  1.4
15 Lan Lamphere – Patriot Brigade Radio  1.4
16 Michael Medved 1.3
17 Paranormal Radio 1.2
18 Mike Gallagher 1.2
19 Rusty Humphries 1.0

*Exhibit 12*

**<< As you can see by this chart, The Lions Den and Plains Radio was rated at number 12 for the for the month January 2009**

Monica Crowley
The Vchannel
Red State Talk Radio
Comedy104
Liberty Broadcasting
Dennis Miller

## TWITTER UPDATES

May Trend Report
http://divr.it/V9Wb6
1 week ago

RT @TangoYank:
@JanineTurner Is your show
on @talkstreamlive ?
http://www.talkstreamlive.co...
3 weeks ago

http://t.co/47mncuJ

# Exhibit 13

net Talk Radio Rpt. XXXII « Talk Stream Live – Windows Internet Explorer

http://talkstreamlive.wordpress.com/2009/03/04/top-25-internet-talk-radio-rpt-xxxiv...

net Talk Radio Rpt. XXXII « Talk Strea...

Suggested Sites ▼   Web Slice Gallery ▼

**Exhibit 13**

« The Right Perspective – Friday
10pm EDT

Top 25 Internet Talk Radio Rpt. XXXII

February 26, 2009 by talkstreamlive

**Rank / Share**

1  Tammy Bruce 12.1
2  Laura Ingraham 8.3
3  Rush Limbaugh 6.2
4  Michael Savage 5.9
5  Glenn Beck 4.3
6  Monica Crowley 3.5
7  Sean Hannity 3.0
8  The Lion's Den 2.8
9  Mark Levin 2.4
10  Overnight AM 2.3
11  George Noory 2.0
12  Dennis Miller 2.0
13  Neal Boortz 1.4
14  Bill Bennett 1.3
15  Michael Medved 1.1
16  Bill O'Reilly 1.1
17  Mike Gallagher 0.9
18  Rusty Humphries 0.9
19  Jerry Doyle 0.8
20  Dr. Laura 0.8

Top 25 Internet Talk Radio Rpt. XXXIII »

**<< As you can see by this chart,
The Lions Den and Plains Radio
was rated at number 8 for the
for the month February, 2009**

**The share of 2.8 means over
1 1/2 million people are listening
to the program.**

**TALKSTREAMLIVE**

Rush Limbaugh
Monica Crowley
The Vchannel
Red State Talk Radio
Comedy104
Liberty Broadcasting
Dennis Miller

**TWITTER UPDATES**

May Trend Report

http://divr.it/vaWb6

1 week ago

RT @TangoYanki:
@TalkstreamTuner is your show

http://www.talkstreamlive.com

2 weeks ago

"John Stokes is on Tom
Donahue Free Thinker
Radio"

http://bit.ly/aRDY23

1 month ago

Exchange Talk Radio Live

http://t.co/47mncuJ

1 month ago