**The Post & Email**  June 20, 2011
**Page Four of Nine**

http://www.alipac.us/ftopic-240800-0-days0-orderasc-.html
http://www.alipac.us/modules.php?name=Forums&file=viewtopic&p=1235146
http://www.alipac.us/ftopict-240800.html
http://www.alipac.us/ftopicp-1235156.html
http://www.alipac.us/ftopic-137238-days0-orderasc-4325.html
http://conpats.blogspot.com/2011/06/progress-on-obamas-use-of-soc-sec.html
http://giveusliberty1776.blogspot.com/2011/06/dr.html
http://citizenwells.wordpress.com/2011/06/13/sarah-palin-emails-pristine-obama-emails-involve-rezko-and-communist-cousin-raila-odinga/
http://americangrandjury.org/category/orly-taitz
http://badfiction.typepad.com/badfiction/2011/02/dispatches-from-birtherstan-4-7-february-2011.html
http://www.dailymail.co.uk/news/article-1381147/Obama-birth-certificate-President-hops-Air-Force-One-tell-Oprah.html
http://groups.google.com/group/newsoftheforce/browse_thread/thread/1081e742af7182bb/97408d6e5a4744c9?pli=1
All internet search engines

    The dissemination of this information on your web site and article has caused my clients loss of reputation and damages. As you are aware, this article will likely be re-posted throughout the Internet, across the country and in many parts of the world. Indeed, you have purposely sought to ensure the article is more widely disseminated by posting links on Google Discussion Boards, found at http://groups.google.com/group/newsoftheforce/browse_thread/thread/1081e742af7182bb/97408d6e5a4744c9?pli=1, and disseminating them via numerous RSS fees; Twitter; friends feed; Facebook; and email, just to name a few.

    Accordingly, on behalf of my clients, we must respectfully demand that you immediately remove the articles from your Internet site and post retractions that are of, at least, equal prominence in positioning on your Internet site that clearly provide both an apology to my clients and unambiguously retracts the statements contained in the article. We demand that this article be corrected in the manner required by *California Civil Code, Section48a(3)*.

    Frankly, I am personally very disappointed by these personal attacks upon my clients. It is bewildering and disappointing that you have embarked on a crusade with Orly Taitz to cause irreparable harm and damage to your own profession and your peers by making such careless and baseless statements in this irresponsible manner.

    At this time, it is requested that you, or your counsel, provide a written response to this letter no later than **5:00 p.m. on June 23, 2011** to my office. In such response, I expect that you will address the statements that have been made in this letter and acknowledge that retractions will be posted on your web site (in a prominent location) along with an apology to my clients, Lisa Liberi and Lisa Ostella, in conjunction with the immediate removal of the article.

**The Post & Email**  
**Page Five of Nine**                                                                                   June 20, 2011

      While we do **not** believe that a retraction or removal of the article will completely restore the harm that has been performed upon my clients, it certainly would serve to mitigate damages and be the *right thing to do*. Hopefully, you will understand and appreciate this request.

      Otherwise, it is our suggestion that you contact your legal counsel as soon as possible since we believe that there is ample cause to file numerous claims against you and your operations. This can easily be done by replacing "DOE" Defendants with your paper, The Post and Email; Reporter and Editor of the article, Sharon Rondeau; and John Charlton, as Editor Emeritus & Founder into the current lawsuit against Orly Taitz, *Liberi, et al v. Taitz, et al*, Case No. 8:11-cv-00485 AG in the U.S. District Court, Central District of California, Southern Division before the Honorable Judge Andrew J. Guilford.

      We await your written response.

      Thank you.

                                                                           Respectfully,

                                                                         Philip J. Berg

PJB:jb

Enclosure

# EXHIBIT "A"

# The Post & Email

Monday, June 20, 2011 A.D.

### Dr. Orly Taitz Awaits Judge's Decision in Case Against Social Security Administration
174Share

### "WE'RE FIGHTING A WAR"

*by Sharon Rondeau*



How did a man allegedly born in Hawaii acquire a Connecticut social security number if he never lived there?

(Jun. 13, 2011) — Atty. Orly Taitz has resubmitted her complaints to the U.S. District Court in Washington, DC in accordance with Judge Royce Lamberth's request and is awaiting his decision regarding a "Vaughn Motion" which would require the government to "state whether or not they have" Obama's original social security application.

Taitz has redacted the last four numbers of the social security number which her investigators have identified as being used fraudulently by Barack Hussein Obama, who currently occupies the highest office in the land. To date, the U.S. Congress has failed to investigate Obama despite an abundance of evidence of election fraud, identity fraud, social security fraud, document forgery, abuse of power, sealing of his personal, educational, and public service records, and aiding and abetting enemies of the United States.

Congressional hearings are expected to begin the week of June 13, 2011 on "Operation Fast and Furious," which was carried out by the Bureau of Alcohol, Tobacco and Firearms reporting directly to the U.S. Department of Justice. Rep. Darrell Issa, chairman of the House Committee on Oversight and Government Reform, is investigating why "ATF documents show that the Bureau of Alcohol Tobacco and Firearms knowingly and deliberately flooded Mexico with assault rifles. Their intent was

to expose the entire smuggling organization, from top to bottom, but the operation spun out of control and supervisors refused pleas from field agents to stop it."

Eric Holder is Obama's faux attorney general at the head of the Justice Department, and it was recently suggested that he might not finish his term.

Obama's father was a British citizen, which could mean that he was not eligible to run for the presidency in 2008.

A subpoena has been issued to the Director of the Hawaii Department of Health requesting all information in their possession on Obama's social security number. Taitz stated that she expects the Health Department to say that they are state officials rather than federal officials and therefore do not have to honor her subpoena.

I'm waiting for Judge Lamberth to rule on my motion asking the agency to provide all of the documents that they have, for example, the original application for Obama's social security number. They need to state to the judge whether or not they have it, and they should have it because it was applied for in 1977, which was fairly recently. So they're in a corner. If the judge follows the law, he would have to advance the motion and ask for all of the original applications. If this application shows that it was not Obama's application because he never lived in Connecticut, even if the judge denies this, I will go to a higher court, an Appeals Court, or the Supreme Court, because this is something that affects the whole nation. I will go to Congress with that and push for congressional hearings and the issue of congressional subpoenas. This document is the smoking gun. He's using a Connecticut number, so we already have it.

So this motion is important. I'm waiting for them to docket it. The Social Security Administration shows that Obama is using a number which was never issued, so it's fraudulent.

We're fighting a war.

Taitz also told The Post & Email that the lawsuit filed against her by Atty. Philip Berg is about to yield a new 800-page complaint and is consuming much of her time and energy. She stated that Atty. Berg and his assistant, Lisa Liberi, "committed fraud on the court." Taitz said that Liberi has a criminal record; Berg maintains that his assistant is a different "Lisa Liberi" than the "career criminal" whom Taitz has identified as having been convicted of 27 criminal charges, including "forgery of documents, burglary, and grand theft." Of that, Taitz stated:

In March 2008, she was convicted, and she was given eight years in prison. However, because she provided a document stating that she has a heart condition, the eight-year sentence was reduced to three years' probation. She was on probation until March 21 of this year. This is a criminal who was not allowed to be in Pennsylvania.

Berg has been working with this woman since the end of 2006. What does this tell you about an attorney, who, for four and one-half years, has been working with a criminal employee? There is always a suspicion of forgery. She is a career forger.

Lisa Liberi and another person, Lisa Ostella, came to me and offered her services as a volunteer webmaster. She replaced my Paypal with her Paypal account, so any and all donations were going to her and not to my foundation. It was fraud. After they did it,, I started a new website, and I put a notation to the effect of "Please be aware that the old website for Defend Our Freedoms has nothing to do with the Defend Our Freedoms Foundation. It is being operated by webmaster Lisa Ostella, and

she's promoting another attorney, Philip Berg, and it has nothing to do with my foundation. If you give money to them, it does not go to my foundation; it goes to her Paypal account, her pocket. Additionally, there is a concern about some documents submitted to the court because I found out that those were prepared by Lisa Liberi, a paralegal for Philip Berg, and this woman has multiple felony convictions for forgery of documents."

Berg filed a lawsuit trying to claim that this woman was a different Lisa Liberi; that she was not the Lisa Liberi who had lived in California and is a criminal. "She's a different Lisa Liberi and lives in Pennsylvania." At the motions hearing, I confronted her with her own mug shot, saying, "Isn't that you on this mug shot?" and said, "Well, maybe." What does "maybe" mean? She had told me that she was convicted in California and Ostella had replaced my Paypal button with hers.

I filed a Motion to Dismiss, and now, he has filed a motion asking to allow him to file an Amended Complaint, and instead of 80 pages, he wants to file 800 pages. Not only is he suing me; he is suing my investigator, Neil Sankey. I believe Berg is working with Obama, because we have all the information that Liberi was a criminal. We have all the information. Neil Sankey was the one who first found all of the social security numbers of Obama. Also, Berg is suing Lexis-Nexis and Choicepoint.com. Those are the databases which provide all of this information and all of the social security numbers which we found for Obama. He is trying to intimidate or harass those database companies.

The case has been moved to California. I believe Berg and Gary Kreep are working together, because Kreep is Berg's local attorney here. I posted an update on the hearing of Philip Berg, "Opposition to *Pro hac vice*. Click on the PDFs of the documents. All of the information is there. You can see the order from Judge Robreno saying that Berg, Liberi and Ostella are not to be believed as witnesses (pages 8 and 9).

Taitz's lawsuit to obtain information about Obama's use of the Connecticut-issued social security number was originally filed in February 2011 and claims that his name is connected to as many as 39 different social security numbers. During an interview with The Post & Email, private investigator Susan Daniels stated that she found the entire Connecticut number after others had found the first five digits. While Daniels suspects that Obama has used other numbers during his lifetime, she can vouch for his use of only the Connecticut number and that it was issued in 1977, as Taitz has claimed.

© 2011, The Post & Email. All rights reserved internationally, unless otherwise specified. To read more on our copyright restrictions, see our Copyright notice on the subheader of every page, along the left margin.

# FedEx US Airbill

**FedEx Tracking Number:** 8739 4741 1524

## 1 From
- **Date:** 8/4/2011
- **Sender's Name:** Ed O'Brien Hale
- **Phone:** 806-334-0314
- **Company:** Plains Radio Network
- **Address:** 1101 Route 9T
- **City:** Wellington  **State:** TX  **ZIP:** 79095

## 2 Your Internal Billing Reference
Motion to Dismiss

## 3 To
- **Recipient's Name:** USDC Robinson/Clerk  **Phone:** 806-468-3800
- **Company:** US Dist. Court - Northern Dist. TX
- **Address:** 205 E. 5th St.
- **Address:** Box F-13240
- **City:** Amarillo  **State:** TX  **ZIP:** 79101

## 4a Express Package Service
☒ FedEx Standard Overnight

## 5 Packaging
☒ FedEx Box

## 7 Payment
☒ Sender

Recipient's Copy