IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| LISA LIBERI, *et al.*, | § |
| | § |
| PLAINTIFFS | § |
| | § |
| vs. | § |
| | § |
| EDGAR HALE, CAREN HALE, PLAINS RADIO NETWORK, BAR H FARMS, and KPRN A.M. 1610, et al., | § |
| | § |
| DEFENDANTS. | § |

## MOTION TO COMPEL

COMES now the Defendants Edgar Hale, Caren Hale, Plains Radio Network, Bar H Farms, and KRPN A.M. 1610, et al, and moves that Plaintiffs be compelled to comply with the Honorable Court's Order, dated 17 June 2011, to "obtain and designate local counsel in compliance with Local Rule 83.10(a) & (b)" within 14 days from the date of the order. To date, Plaintiffs have failed to comply.

Defendants respectfully request Plaintiffs be compelled to comply with the 17 June 2011 Court Order or that the Court take appropriate sanctions against Plaintiffs and their attorney(s).

Signed this the 15th day of August, 2011.

_____
**EDGAR S. HALE, III, Pro Se**

_____
**CAREN HALE, Pro Se**

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| LISA LIBERI, et al., | ) |
| Plaintiffs | ) |
| | ) CIVIL ACTION |
| vs. | ) |
| | ) Case No. 2;11-cv-090 |
| LINDA SUE BELCHER, et al, | ) |
| | ) Honorable Mary Lou Robinson |
| Defendants | |

**MOTION TO REJECT PLAINTIFFS' RESPONSE IN OPPISTION TO DEFENDANTS EDGAR HALE'S MOTION TO DISMISS**

Your Honor: I ask the court to reject the Plaintiffs motion on the following grounds.

Mr. Berg has not been admitted to practice law before the court.

All the signatures on the documents are typewritten, which means that only one person did this. None of the Plaintiffs have their original signature on any of the documents. All the Plaintiffs have the same address, that of Mr. Berg. Please look at the email that I received from Mr. Berg. On the 2nd page it states "Respectfully submitted on behalf of the Plaintiffs by", then it has the Law Office if Phillip J. Berg. See Exhibit 1. This is a way Mr. Berg and his assistant are taking advantage of the court by not having each person do their own legal work just as Caren and I do.

Mr. Berg claims that I cannot make a First Amendment argument now because time has passed. Your Honor I only became aware of this just a few days before I filed my motion.

I do not know what my council did. He attended only one hearing and that cost us $5500.00. I was no longer able to afford him. Your honor, all that was done in this case was to get this case transferred to Texas. The Order to Dismiss file with the court in 2009 was on the lack of jurisdiction. Until this case was transfer to the proper court, we could not file any motions, The Plaintiffs knows full well that if we had filed any motion other than the ones we did, we would have given jurisdiction to Pennsylvania. The Motion to Dismiss is proper and timely.

As to the First Amendment case, they make one reference to one case. I made reference to at least 8. The case they refer to has nothing to do with the right of Freedom of Speech as guaranteed by the Constitution of the United States. It has to do with a picture being manufactured and sold by a group of racists. It has to do with a crime, not a civil actions as this case is. Their argument that the First Amendment does not apply here is wrong.

They claim that they did not get the audio tape, which is a lie. When I served them, I also attached a copy of the audio tapes on the email. I also BCC several people copies of that email and all of them got the audio tapes. They make a reference to my web site in which all the audio files were there. They knew all about and listened to the audio tapes on my web site, but they would prefer to lie about it. I have a program on that web site that tracks all of the people who come on it, and also captures their ip addresses and

how long they were there. There was no reason for Mr. Berg to tell this lie when his assistant Lisa Liberi was there.

Mr. Berg claims that all the exhibits I used were hearsay hearsay, double hearsay, unauthenticated and irrelevant. Your Honor, how can all these exhibits be that when it was in their own voices or their own writings that I used. Mr. Berg knows that all of these documents and audio tapes are damning to his clients. Those exhibits prove beyond a doubt that the Plaintiffs did in fact create this entire problem. This another lawyer trick used by Mr. Berg as he takes advantage of the court.

The Plaintiffs make accusation that "Even if Defendant Edgar Hale's Motion was proper, which it is **not**, false allegations, accusations and reporting of the false information are **not** Free Speech protected by the First Amendment to the United States Constitution." Where is one ounce of any proof that this is true? They do not have it. Mr. Berg and Mrs Liberi tell all kinds of lies trying and to make their case.

What false allegations did I put in my Motion to Dismiss that was not backed up with proof? None. Once again another lie by Berg and Company. What accusations did I make that was not backed up with proof? None. Once again another lie by Berg and company. What reporting of the false information did I put in the Motion to Dismiss? None. It was all backed up with hard proof. These people are the world's worst at lying and world's best at manufacturing evidence.

## *CONCLUSION*

They have done nothing here but lie to the court. Judge Eduardo C. Roberno in the hearing on December 20, 2010 said that the Plaintiffs were **NOT CREDITABLE NOR BELIEVEABLE**. This is what Judge Roberno said of Lisa Liberi: "During her testimony, Liberi was often combative and evasive, and much of her testimony was argument without factual basis. For these reasons, the Court finds that Liberi's testimony was not credible".

This is what Judge Roberno said about Lisa Ostella: "Like Liberi, Ostella was often combative and evasive during her testimony, and much of her testimony was argument without factual basis. The Court also finds that Ostella's testimony was not credible".

This is what Judge Roberno said about Phil Berg: "Berg's testimony was also combative, evasive, and argumentative and the Court did not find his testimony to be helpful for establishing a factual record".

If Judge Roberno found them not to be creditable, how can this court believe anything that they say. Why would they act that way in a court room? Why would the Plaintiffs do that? That is a very simple answer, they were lying! They are trying to keep their lies from coming to the light of day. All these statements can be found in the courts documents. **See Docket Number 160**.

Why should Your Honor believe them now? Judge Roberno also stated in his order after

a hearing on August 7, 2009 that the Plaintiffs would not succeed on the merits of the case. Judge Roberno heard from both sides in this case on that day and he decided that they did not have a case. See footnote in Document Number 105. If you will also read, you will see where Judge Roberno described Caren and myself as hosting a internet radio show in which we had Dr. Orly Taitz on as a guest several times. According to Judge Roberno that is why we were made defendants in this case. **See Document Number 105.**

Again this is a First Amendment issue. Nothing more, nothing less. Had we not been on the internet radio, none of this would have happened. I would never have know any of these people. I ask that Your Honor protect all of the citizens right to free speech.

I ask that Your Honor reject their motion on the above grounds and that this case is dismissed as outline in my Motion to Dismiss.

*[signature]*
Edgar S. Hale III, pro se


Sent to Judge Mary Lou Robinson via FedEx, air bill # 873947185425

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVIIONS

| | |
|---|---|
| LISA LIBERI, et al., <br>       Plaintiffs <br><br> vs. <br><br> LINDA SUE BELCHER, et al, <br>       Defendants | ) <br> ) <br> ) CIVIL ACTION <br> ) <br> ) Case No. 2;11-cv-090 <br> ) <br> ) Honorable Mary Lou Robinson |

### REJECTION ORDER

Before the court is a **MOTION TO REJECT PLAINTIFFS' RESPONSE IN OPPISTION TO DEFENDANTS EDGAR HALE'S MOTION TO DISMISS** by Defendant Edgar Hale filed August 17, 2011. The Motion is granted

It is SO ORDERED.

Signed this the _____ day of _____, 2011

_____
**MARY LOU ROBINSON**
UNITED STATES DISTRICT JUDGE

# EXHIBIT 1

**U.S. DISTRICT COURT, NORTHERN DISTRICT OF TEXAS**
**AMARILLO DIVISION**

| | |
|---|---|
| LISA LIBERI, et al, <br><br>　　　　　　　　　Plaintiffs, <br> vs. <br><br> LINDA SUE BELCHER, et al, <br><br>　　　　　　　　　Defendants. | CIVIL ACTION <br><br> Case No. 2:11-cv-00090-J <br><br> Honorable Mary Lou Robinson |

## PROPOSED ORDER

On _____, 2011, Defendant, Edgar Hale's Motion to Dismiss pursuant to Federal Rules of Civil Procedure 12 came on for Hearing. The Court having reviewed and considered the moving papers, Plaintiffs Opposition thereto, the records on file with this Court, and for **GOOD CAUSE SHOWN, IT IS HEREBY**

**ORDERED and DECREED:**

Defendant, Edgar Hale's Motion to Dismiss is hereby **DENIED.**

**IT IS SO ORDERED**

Dated: _____, 2011

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Judge Mary Lou Robinson

1

*Respectfully submitted on behalf of Plaintiffs by:*

Philip J. Berg, Esquire
E-mail: philjberg@gmail.com
Pennsylvania I.D. 9867
**LAW OFFICES OF PHILIP J. BERG**
555 Andorra Glen Court, Suite 12
Lafayette Hill, PA 19444-2531
Telephone: (610) 825-3134

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVIIONS

| | |
|---|---|
| LISA LIBERI, et al., <br>     Plaintiffs <br><br> vs. <br><br> LINDA SUE BELCHER, et al, <br><br>     Defendants | ) <br> ) <br> ) CIVIL ACTION <br> ) <br> ) Case No. 2;11-cv-090 <br> ) <br> ) Honorable Mary Lou Robinson |

## MOTION TO SUBPENOA

I hereby request that the court grant to me the right to subpenoa wittnesses, documents, records and other information necessary to present a case to the court.

If the court will grant to me this privilage, I will be able to prove that the Plaintiffs did conspire to deprive Caren and myself of our First Amendment Right of Free Speech.

_____
Edgar S. Hale III, pro se

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVIIONS

| | |
|---|---|
| LISA LIBERI, et al., <br>     Plaintiffs <br><br> vs. <br><br> LINDA SUE BELCHER, et al, <br>     Defendants | ) <br> ) <br> ) CIVIL ACTION <br> ) <br> ) Case No. 2;11-cv-090 <br> ) <br> ) Honorable Mary Lou Robinson |

## SUBPENOA ORDER

Before the court is a Motion to Subpenoa by Defendant Edgar Hale filed on August 17, 2011. The Motion is **GRANTED.**

It is SO ORDERED.

Signed this the _____ day of _____, 2011

_____
**MARY LOU ROBINSON**
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| LISA LIBERI, et al., | § |
| | § |
| PLAINTIFFS | § |
| | § |
| vs. | § |
| | § |
| EDGAR HALE, CAREN HALE, PLAINS RADIO NETWORK, BAR H FARMS, and KPRN A.M. 1610, et al., | § § § |
| | § |
| DEFENDANTS. | § |

## DISMISSAL ORDER

Before the court is a Motion to Dismiss by Defendants Edgar Hale, Caren Hale, Plains Radio Network, Bar H Farms, and KRPN A.M. 1610, et al, filed August 5, 2011. The Motion is **GRANTED**.

It is SO ORDERED.

Signed this the _____ day of _____ 2011.

_____
**MARY LOU ROBINSON**
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF DELIVERY SERVICE

I, Edgar Hale, hereby certify that a copy of Defendants Reply to the following Plantiff was served this the 16th day of August, 2011 by U.S.P.S. Mail with postage fully prepaid.

**Plantiffs served via USPS to the the following addresses:**

Philip J. Berg, Esquire
555 Andorra Glen Court, Suite 12
Lafayette, PA 19444-2531

**Defendant served via USPS to the the following address:**

Linda Sue Belcher
201 Paris Street
Castroville, TX 78009


Signed this the 16th day of August, 2011

_____
Edgar S. Hale

# FedEx US Airbill

**FedEx Retrieval Copy**

Tracking Number: 8739 4718 5425
Form ID No.: 0200

**1 From**
Date: 8/16/2011
Sender's FedEx Account Number: 280173341
Sender's Name: ED AND CAREN HALL
Phone: 806 334-0874
Company: PLAINS RADIO NETWORK
Address: 1401 DOOLEY ST
City: WELLINGTON
State: TX
ZIP: 79095

**2 To**
Recipient's Name: JUDGE ROBINSON / CLERK
Phone: 806 468-3800
Company: U.S. DISTRICT COURT NORTHERN DIST
Address: 205 E 5TH ST
Dept/Floor/Suite/Room: STE 133340
Address: BOX F
City: AMARILLO
State: TX
ZIP: 79101

**Your Internal Billing Reference:** MOTION TO COMPEL

**4a Express Package Service**
- 01 ☑ FedEx Priority Overnight
- 05 ☐ FedEx Standard Overnight
- 06 ☐ FedEx First Overnight
- 03 ☐ FedEx 2Day
- 20 ☐ FedEx Express Saver

**4b Express Freight Service**
- 70 ☐ FedEx 1Day Freight
- 83 ☐ FedEx 2Day Freight
- 06 ☐ FedEx 3Day Freight

**5 Packaging**
- ☑ FedEx Envelope
- 02 ☐ FedEx Pak
- 03 ☐ FedEx Box
- 04 ☐ FedEx Tube
- 01 ☐ Other

**6 Special Handling and Delivery Signature Options**
- 03 ☐ SATURDAY DELIVERY
- ☐ No Signature Required
- 10 ☐ Direct Signature
- 34 ☐ Indirect Signature

Does this shipment contain dangerous goods?
- ☑ No
- 04 ☐ Yes As per attached Shipper's Declaration
- ☐ Yes Shipper's Declaration not required
- 06 ☐ Dry Ice

☐ Cargo Aircraft Only

**7 Payment Bill to:**
- 1 ☑ Sender Acct. No. in Section 1 will be billed
- 2 ☐ Recipient
- 3 ☐ Third Party
- 4 ☐ Credit Card
- 5 ☐ Cash/Check

Total Packages: 1
Total Weight: lbs

909

Rev. Date 2/10 · Part #158281 · ©1994-2010 FedEx · PRINTED IN U.S.A. SRY

8739 4718 5425