

**Edgar S. and Caren J. Hale**
**1401 Bowie Street**
**Wellington, TX 79095**

Northern District Clerk
U.S. District Court
Northern District of Texas
205 E. 5th Street
Box F 13240
Amarillo, TX 79095

August 16, 2011

To Whom it May Concern:

Effective this date, please send all correspondences and any court relating documents to the following email addresses;

barhfarms@gmail.com
caren156@gmail.com

Thank you for your time and consideration.

Sincerely,

_____
Edgar S. Hale

_____
Caren J. Hale