# Ed Hale Plains Radio Network
# Lion's Den
# 08-16-2011
# 58:40

Transcription by Go Excel Global
Lisa Ostella

1:18 - Bumper

6:17
Well good evening everyone and welcome to the Lion's Den.  I am your humble host, Ed Hale.  And tonight is probably going to be my last show for a while.  I uh, just, there's no fun in doing this anymore folks.  The fun has been taken out of it.  I have been used and abused and I'm just sick and tired of the whole gang.

6:52
I have talked to Caren and we have decided that around September 1, we're going to declare bankruptcy and then Mr. Berg can take his lawsuit and go to hell.  This man is one of the biggest criminals that ever walked on the face of this planet.  He is a liar and a thief.  And you know something?  I can prove every word I'm saying.

7:24
He has no respect for the courts.  The judge in Amarillo, Judge Mary Lou Robinson, gave this man an order to have local council within 14 days.  That was on June 17th.  He was denied to send anything else in until he has local council.

7:50
Yet, this past week, they filed a motion on the pretense of pro se.  But everything was directed back to Mr. Berg.  That is bullshit.  And then today, they filed another motion on the pretense of pro se.  The only problem with this pro se is that their all typed signatures.  There is no signature one from Evelyn Adams, Lisa Ostrella, Phil Berg, or Lisa Liberi.  They all, Berg is getting around the courts by using this pro se thing.

8:32
You know I filed a motion to dismiss based on the First Amendment.  I cited eight [8] different cases the latest being *Sullivan v. New York Times*.  In which the Supreme Court held that the First Amendment Right to Freedom of Speech should be paramount in all respects.  Their answer to the motion was one little case that happened in 1940 when a group of racists went out and manufactured a bunch of lithograph trying to stir up segregation.  The State of Illinois charged them with a crime.  And the Supreme

Court upheld the crime.  But the charge was manufacturing and selling.  It had nothing to do with free speech.  But these jackasses they lead the judge to believe that.

9:40
And then I filed sixteen [16] exhibits.  Sixteen [16] exhibits.  Six [6] of them were audio tapes of Berg and MommaE.  They said they were irrelevant.  They were what?  Hearsay and what say and all of that.  Well, it was their own damn voices.  How could they say it hearsay and crap?  You know, they are criminals.

10:12
That's why Lisa Liberi spent that time on probation.  Cause she is a criminal.  She has not quit.  And here's something funny [inaudible].  Before the December 20th hearing, 2010.  Lisa Liberi sent a subpoena to the privacy or whatever it is domain control in order to get whoever owned the domain lisalibericriminal or something like that dot com.  They never sent a copy of that to any of us. So, I figured well what the hell if they can do it why can't I?

10:54
So I sent out one because I want to get her phone records.  I sent one to Quest Communications and Quest sent it back and also sent it to the court.  Boy they did a shit hammer just bent over this.  They filed a motion and all this good shit. Yeah.  They can do it but I can't.  You know, these people are criminals and they need to be locked up.

11:20
And I tell you something, if that judge, I sent in, which will be filed tomorrow, a motion to be able to subpoena. And if I get that motion, to be able to subpoena, I will subpoena her telephone records.  I will subpoena this George Donnelson, the private investigator in Hawaii.  His records.  I will prove where this woman forged a document to a court here in Wellington and when I give it to the D.A., he will put her butt in jail for ten [10] years.  Now that's why they don't want me getting a holds of that stuff.  Because all I got to do is prove it.  And, the D.A. will come after them.

12:03
And you know, I tell you what I'm sick of the whole damn charade.  You know that judge up there in Amarillo does nothing.  She allows Berg to run all over her.  She will not enforce her order.  And kick their motion back and say denied because you do not have the authority to put them in here.  But instead she files them.  What's wrong with this country?

12:36
[off topic]

13:21
But these people, they use the system to abuse other people.  And like I say, this will be my last broadcast.  I'll assume Joe sabi will probably go ahead.  I'll send Joe the codes to the radio player and let him do his own broadcast whenever he wants to.  But I'm done.  I'm finished. You know. It's a sad thing in America when you no longer have free speech.  And that's what's happened folks.

14:06
Mr. Berg and company, they have stifled my free speech. You know, there's nothing I can do.  I can go and declare bankruptcy, it'll disappear and I can go on with my life.  And trust me, they won't get a damn dime because the farm is in my and Caren's name and in Texas, you are allowed up to 200 acres in a bankruptcy. And uh, we own no other property, I mean we do own some other property; we got a couple of pickups and a car.  But their all tied up with the bank.  We owe the bank more than what the other property is worth.  And what will do is resign the notes with the bank and keep making the payments.

14:53
But Berg will not get one damn dime.  And you know something; I have been out thousands and thousands of dollars on this.  And I don't see an end in sight because our court systems are crooked.  They allow shysters like Philip Berg to do whatever they want to whenever they want to.  I always thought that the court had an obligation to go for the truth.  I don't think they care anymore.  You know, I just don't really think they give a damn anymore.  I think it's reached a point where this country is so damn corrupt, that nobody gives a shit.
You know there's three people sitting in the chat room tonight.  They care.  But let me tell you something, what about the millions of other out there that don't give a damn. We can't win folks. We can never win.

15:54
I started this broadcast years, almost 3 years ago, with the idea that I can make a change, that I can help this country.  The only thing it did is bring me heartache, it's cost me thousands of dollars, and at this point, it is not worth it. You know, I just, I can't go on.  So like I said, this will be my last broadcast.  And like I say, Mr. Berg, I'm going to file bankruptcy the first of the month soon as I get my VA check.  And I'll see you dead in hell before you ever get a dime of my money.  And that's just an expression that you're not going to get a dime.  And that's an expression that you aint gettin a dime. Has nothing to do with me shooting you or anything else.  But I'm sure you'll probably send that out to the judge that I threatened you already.  So I am tape recording this. And I'll send the judge a copy of it.

17:10
But you know I think it's time. I tell you what; I didn't realize that our court system was so corrupt.  And, I kept thinking, you know here's Dr. Orly Taitz out there fighting like hell.  I

3
Ed Hale, Plains Radio Network
Lion's Den - Aug. 16, 2011

Appendix "1" - pg. 3

kept thinking one of these judges is going to see the light and let her go.  They're going to get [inaudible]. It never happened.  I now know why.  Cause this system is corrupt.  Every judge in that system is corrupt.  They don't give a damn. All their wantin is their few bucks and their retirement.  They don't care about the truth.  They could give a shit less about the truth.  But anyway.  I guess I said about everything I can say.  Well I guess it's time to go onto another subject.  Let me see if I can find a song here to play.

18:16
[off topic]


48:12
I enjoy the hell out of doing radio.  I don't want to leave it but I don't see that I have a choice at this point. You know I just, I just don't know what to do. And you know, it's like, this Berg thing is driving me up a damn wall.  I got to do something to get rid of that.  And the only thing I can see is bankruptcy.  But you know something, the sad thing in this, is that I was right.  I've done nothing wrong. But you know I can't convince a judge of that.  So you know, I'm just beating my head against a damn brick wall. And that reaches a point in time; I think any military officer will tell you this, that you have to make a strategic withdrawal.  And that's what I'm doing. By this right here.  I just don't see no other way out of it. I mean, I cannot get the judge to act on it.  Berg, he just walks all over the courts.  To me, it's just not worth the heartache that I'm going through.  So anyway, that's where we stand at that point.

49:35
But I want to thank all the many of friends that I've developed over the past three [3] years. And you know, like I say, this may not be the last one. When [inaudible] declares bankruptcy I may come back and start doing shows again. If it will become fun again, I don't mind doing the shows.  But it's not fun.  If it's like it is right now it aint worth doing it.  Because I just don't see anything happening that's going to change the system.  Yeah, there are a few of us out there that can see it. If you are sitting in this room, in that chat room tonight, that can see it.  But you know something; we are so few and far between, that there is nothing we can do to change anything. Don't think we didn't give it a hell of a battle, because we did.  But there is always somebody out there who's going to something to stop you.

50:40
Aint that sad?  But that's America. They have the freedom.  They have the right to do that.  Unless you're me.  And then you don't have a freedom of speech anymore.  But anyway, I'm going to, after I get off the show here I'm going to end the broadcast at 9:00 tonight. I'm just going to do one hour. I'm going to sit down.  And I'm going to answer Mr. Berg's latest motion. And you know basically what I'm going to say is judge, what are you allowing this to happen? Why are you allowing him to file this when you told him he could not?  He's violating your orders and yet you're sitting there and you're taking

it?  You're allowing it to happen?  Where is the truth and justice in this country?  That's basically what I'm going to say in that rebuttal.

51:36
[off topic]

## CERTIFICATION

I, Lisa Ostella, do hereby certify that the foregoing is a true and correct transcript from the electronic sound recordings of the August 16, 2011, Edgar Hale, Plains Radio Network, Lion's Den Radio Show. The sound records were obtained and recorded on August 16, 2011, during the actual radio show.

Date: September 1, 2011

_Lisa M. Ostella_
Go Excel Global - Lisa Ostella

WILLIAM J. VASQUEZ
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires July 22, 2013