CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2011 DEC 13 PM 4:06
DEPUTY CLERK_____

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

AMARILLO DIVISION

| | |
|---|---|
| LISA LIBERI, et al., § § § PLAINTIFFS, § vs. § EDGAR HALE, CAREN HALE, PLAINS § RADIO NETWORK, BAR H FARMS, and § KPRN A.M. 1610, et al., § § DEFENDANTS. § | CIVIL ACTION CAUSE NUMBER 2:11-CV-090-J |

## ORDER DENYING MOTION TO PROCEED *PRO HAC VICE*

Before the Court is Philip J. Berg's application, filed June 10, 2011, for leave to proceed *pro hac vice*. Mr. Berg's application for leave to proceed without local counsel was denied and Plaintiffs were ordered to obtain and designate by July 1, 2011, local counsel in compliance with Local Rule 83.10(a) & (b). Plaintiffs have not done so, and have individually signed and filed their subsequent pleadings *pro se*. Mr. Berg's motion for leave to appear *pro hac vice* is therefore denied as moot.

It is SO ORDERED.

Signed this the ___13th___ day of December, 2011.

_____
MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE