IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

AMARILLO DIVISION

| | | |
|---|---|---|
| LISA LIBERI, *et al.*, | § | |
| | § | |
| PLAINTIFFS, | § | |
| vs. | § | CIVIL ACTION CAUSE NUMBER |
| | § | |
| EDGAR HALE, CAREN HALE, PLAINS RADIO NETWORK, BAR H FARMS, and KPRN A.M. 1610, *et al.*, | § | 2:11-CV-090-J |
| | § | |
| DEFENDANTS. | § | |

### ORDER DENYING MOTION TO DISMISS

Before the Court is Defendant Edgar Hale's motion, filed August 5, 2011, to dismiss certain claims asserted herein against him, the response in opposition filed by Plaintiffs, and Defendant's reply.

Defendant's motion to dismiss is denied.

It is SO ORDERED.

Signed this the 13th day of December, 2011.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE