IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| LISA LIBERI, *et al.*,       §<br>                              §<br>         PLAINTIFFS,  §<br>    vs.                        §<br>                              §<br>EDGAR HALE, CAREN HALE, PLAINS §<br>RADIO NETWORK, BAR H FARMS, and §<br>KPRN A.M. 1610, *et al.*,     §<br>                              §<br>         DEFENDANTS.  § | CIVIL ACTION CAUSE NUMBER<br><br>2:11-CV-090-J |

## ORDER

*Pro se* Defendant Edgar Hale mailed to the Court the attached motion to dismiss all of the Plaintiffs' claims against co-Defendant Linda Sue Belcher. Defendant Hale did not mail a copy of that motion to the Clerk's office.

Defendant Hale is not a licensed attorney and can not represent any other party in this lawsuit.

To the extent that this pleading is before the Court, the Court will not rule upon it.

It is SO ORDERED.

Signed this the ___13th___ day of December, 2011.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVIIONS

| | |
|---|---|
| LISA LIBERI, et al., | ) |
| Plaintiffs | ) |
| | ) CIVIL ACTION |
| vs. | ) |
| | ) Case No. 2;11-cv-090 |
| LINDA SUE BELCHER, et al, | ) |
| | ) Honorable Mary Lou Robinson |
| Defendants | |

### MOTION TO DISMISS

Your Honor, I am not asking for this dismissal for myself, but rather for my co-defendant, Linda Sue Belcher.

On August 18, 2011, Mrs. Belcher suffered a massive heart attack. Her heart stopped beating for almost 5 minutes before the medical people arrived and shocked her heart back to beating. She was in CCU for 10 days with life support keeping her alive.

Mrs. Belcher has suffered irrerversal brain damage and will not be able to defend herself in this court. She is now in rehab, trying to put what little of her life back together. I will not release the name the rehab center because of the chance it will go public, However, I will release that name privately for verfication, provided that it does not become part of this record.

I ask that the Plaintiffs for once in their lives to have some compassion and agree with this motion. Mrs. Belcher was their friend for many years before they turned on her.

They did everything they could to destroy this woman and now they have done it.

Signed this the 29th day of August, 2011

*[signature]*

Edgar S. Hale III, pro se

## CERTIFICATE OF DELIVERY SERVICE

I, Edgar Hale, hereby certify that a copy of Defendants Reply to the following Plantiff was served this the 29th day of August, 2011 by U.S.P.S. Mail with postage fully prepaid.

**Plantiffs served via USPS to the the following addresses:**

Philip J. Berg, Esquire
555 Andorra Glen Court, Suite 12
Lafayette, PA 19444-2531

**Defendant served via USPS to the the following address:**

Linda Sue Belcher
201 Paris Street
Castroville, TX 78009


Signed this the 29th day of August, 2011

_____
Edgar S. Hale III

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVIIONS

| | |
|---|---|
| LISA LIBERI, et al., <br> Plaintiffs | ) <br> ) <br> ) CIVIL ACTION |
| vs. | ) <br> ) Case No. 2;11-cv-090 |
| LINDA SUE BELCHER, et al, <br> Defendants | ) <br> ) Honorable Mary Lou Robinson |

### ORDER

Before the court is a **MOTION TO DISMISS** by Defendant Edgar Hale dated August 29,2011. Mrs. Linda Sue Belcher case is dismissed

It is SO ORDERED.

Signed this the _____ day of _____, 2011

_____
**MARY LOU ROBINSON**
UNITED STATES DISTRICT JUDGE