IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

AMARILLO DIVISION

| | | |
|---|---|---|
| LISA LIBERI, et al., | § | |
| | § | |
| PLAINTIFFS, | § | |
| vs. | § | CIVIL ACTION CAUSE NUMBER |
| | § | |
| EDGAR HALE, CAREN HALE, PLAINS | § | 2:11-CV-090-J |
| RADIO NETWORK, BAR H FARMS, and | § | |
| KPRN A.M. 1610, et al., | § | |
| | § | |
| DEFENDANTS. | § | |

## ORDER

*Pro se* Defendant Edgar Hale mailed to the Court a motion to strike Plaintiffs' response in opposition to Defendant Edgar Hale's motion to dismiss the Plaintiffs' claims against Defendant Hale. Defendant Hale did not mail a copy of that motion to the Clerk's office.

Defendant Hale is not a licensed attorney and can not represent any other party in this lawsuit. To the extent that this pleading seeks relief on behalf of any other party defendant, it is not properly before the Court, and the Court will not rule upon it.

To the extent that Defendant Hale's motion to strike seeks to strike Plaintiffs' response to Defendant Hale's motion to dismiss, the motion to strike Plaintiffs' response is moot. Defendant Hale's motion to dismiss has been denied.

It is SO ORDERED.

Signed this the _13th_ day of December, 2011.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE