# **TABLE OF CONTENTS**

| | | |
|---|---|---|
| Table of Contents | | Pgs. i-v |
| Exhibit "1" | Dec. 14, 2011 Email from Plaintiffs to Defendants Regarding the conference for mediation and this Court's Dec. 13, 2011 Order of the Court, Docket No. 200 | Pgs. 1-5 |
| Exhibit "2" | Dec. 14, 2011 Nasty Response from Defendant Edgar Hale to Plaintiffs Dec. 14, 2011 Email stating he filed Bankruptcy | Pgs. 6-10 |
| Exhibit "3" | Dec. 14, 2011, Plaintiffs Email in response to Defendant Edgar Hale asking for the information pertaining to the bankruptcy | Pgs. 11-15 |
| Exhibit "4" | Dec. 14, 2011, Defendant Edgar Hale's response to Plaintiffs stating he was represented by Patrick Swindell, Esq. | Pgs. 16-20 |
| Exhibit "5" | Docket Report of Defendants Edgar And Caren Hale's No Asset Bankruptcy. U.S. Bankruptcy Court, Northern District Of Texas, Amarillo Division Case No. 11-20630 showing the Bankruptcy is only in the names Of Defendants Edgar and Caren Hale | Pgs. 21-24 |
| Exhibit "6" | Defendants Edgar and Caren Hale's Bankruptcy Credit Matrix List reflecting none of the Plaintiffs and/or this case are listed as creditors. BK Case No. 11-20630 | Pgs. 25-31 |

## **TABLE OF CONTENTS- Continued**

| | | |
|---|---|---|
| Exhibit "7" | Defendants Edgar and Caren Hales Bankruptcy Creditors, 11-20630 taken from the Pacer Docket, again showing none of the Plaintiffs and/or this case are listed as creditors | Pgs. 32-36 |
| Exhibit "8" | Pacer Screen Shot showing there are no Bankruptcy filings under Defendant Bar H Farms name | Pgs. 37-38 |
| Exhibit "9" | Pacer Screen Shot showing there are no Bankruptcy filings under Defendant Plains Radio Network's name | Pgs. 39-40 |
| Exhibit "10" | Pacer Screen Shot showing there are no Bankruptcy filings under Defendant KPRN AM 1610's name | Pgs. 41-42 |
| Exhibit "11" | Pacer Screen Shot showing there are no Bankruptcy filings under Defendant Plains Radio's name | Pgs. 43-44 |
| Exhibit "12" | Defendants Edgar and Caren Hale's Bankruptcy Case No. 11-20630 Schedule "A" - Real Property | Pgs. 45-46 |
| Exhibit "13" | Defendants Edgar and Caren Hale's Bankruptcy Case No. 11-20630 Bankruptcy Petition with Schedules "B" through "J"; Statistical Summary; Statement of Financial Affairs; Debtors Statement of Intentions, etc. | Pgs. 47-89 |

# TABLE OF CONTENTS- Continued

Exhibit "14"   Property Record for Defendants
               Edgar and Caren Hales Home
               Address of 1401 Bowie Street,
               Wellington, Texas 79095 showing
               The property in the name of
               Defendant Bar H Farms                Pgs. 90-92

Exhibit "15"   Property Record for Defendants
               Edgar and Caren Hales Home
               Address of 1001 Belton Street,
               Wellington, Texas 79095 showing
               The property in the name of
               Defendant Bar H Farms                Pgs. 93-94

Exhibit "16"   Property Record for Defendants
               Edgar and Caren Hales Home
               Address of 810 Haskell Street,
               Wellington, Texas 79095 showing
               The property in the name of
               Defendant Bar H Farms                Pgs. 95-96

Exhibit "17"   Property Record for Defendants
               Edgar and Caren Hales Farm Land
               With a Legal Description of
               AB 97 BLK 12 SEC 13 NW 4
               Showing the property in the name
               Of Defendants Edgar S. Hale III
               And Caren Hale. This property
               Was fraudulently transferred by
               Defendants Edgar and Caren Hale out
               of Bar H Farms into Defendants
               Edgar and Caren Hale on July 1,
               2010                                 Pgs. 97-98

# TABLE OF CONTENTS- Continued

Exhibit "18"   Property Record for Defendants Edgar and Caren Hales Home Address of 1305 Ennis Street, Wellington, Texas 79095 showing the property in the name of Defendant Bar H Farms, Inc.  This property Was fraudulently transferred by Defendants Edgar and Caren Hale to Stacy Lynn Andrews on September 16, 2010   Pgs. 99-100

Exhibit "19"   Defendant Edgar S. Hale's Military Record obtained under The Freedom of Information Act ["FOIA"] showing he was discharged for Disability   Pgs. 101-118

Exhibit "20"   Dec. 15, 2011 Email from Defendant Edgar Hale to the Plaintiffs with his Letter addressed to this Court stating That he and Defendants Caren Hale, Plains Radio Network, KPRN AM 1610, And Bar H Farms filed bankruptcy and Other false statements   Pgs. 119-121

Exhibit "21"   This Court's May 20, 2011 Order upon Defendants Edgar and Caren Hale Ordering them to immediately respond and inform the Court  what types or forms of  entities Plains Radio Network, Bar H Farms and KPRN AM 1610 are, Docket No. 175   Pgs. 122-124

## **TABLE OF CONTENTS- Continued**
Exhibit "22"    Defendants Edgar and Caren Hales
                May 25, 2011 Response to the Court
                Regarding Plains Radio Network,
                KPRN AM 1610 and Bar H Farms.
                The Hale Defendants response contains
                Perjured statements and is completely
                Untrue                                              Pgs. 125-128