Philip J. Berg, Esquire
Pennsylvania I.D. 9867
**LAW OFFICES OF PHILIP J. BERG**
555 Andorra Glen Court, Suite 12
Lafayette Hill, PA 19444-2531
Telephone:   (610) 825-3134
E-mail: philjberg@gmail.com          *Attorney in pro se*

Evelyn Adams, Plaintiff
c/o Philip J. Berg, Esquire
555 Andorra Glen Court, Suite 12
Lafayette Hill, PA 19444-2531          *Plaintiff in pro se*

Lisa Ostella and
Go Excel Global, Plaintiffs
c/o Philip J. Berg, Esquire
555 Andorra Glen Court, Suite 12
Lafayette Hill, PA 19444-2531          *Plaintiffs in pro se*

Lisa Liberi, Plaintiff
c/o Philip J. Berg, Esquire
555 Andorra Glen Court, Suite 12
Lafayette Hill, PA 19444-2531          *Plaintiff in pro se*

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS,
## AMARILLO DIVISION

LISA LIBERI, et al,

                              Plaintiffs,

        vs.

LINDA SUE BELCHER, et al,

                              Defendants.

CIVIL ACTION NUMBER:

**2:11-cv-090-J**

**SETTLEMENT CONFERENCE
STATUS REPORT**

Date of Hearing:
Time of Hearing:
Location:

Pursuant to this Court's Order of December 13, 2011, Docket No. 200, Plaintiffs are submitting their report on behalf of themselves only, due to Defendants refusal to cooperate.  At the Plaintiffs request, Philip J. Berg, Esquire sent the Court's December 13, 2011 Order to Defendants Linda Sue Belcher, Edgar Hale, Caren Hale, Bar H Farms, Inc., Plains Radio Network, Inc. and KPRN AM 1610 along with an email containing the names of three [3] Mediators and the Defendants requirement to cooperate pursuant to the Court's Order.  In this same email, Mr. Berg set the Conference for December 21, 2011 at 1:00 p.m. and informed the Defendants of the requirement for them to participate in the Joint Settlement Conference Status Report. *See* **EXHIBIT "1"**.  Defendants Edgar Hale wrote back in a threatening tone claiming he filed Bankruptcy. *See* **EXHIBIT "2"**. Mr. Berg responded to Mr. Hale requesting the Bankruptcy information. *See* **EXHIBIT "3"**.  Mr. Hale simply referred Plaintiffs to his Attorney, Patrick Swindell of Amarillo, Texas, see **EXHIBIT "4"**.  The Plaintiffs filed a Notice with the Court regarding these issues. *See* Docket No. 201 filed December 20, 2011.

Defendant Linda Sue Belcher chose **not** to respond and/or cooperate.

## I.   STATEMENT OF THE CASE:

### a.   Plaintiffs Synopsis:

Plaintiffs, Evelyn Adams["Adams"], Lisa Liberi ["Liberi"], Lisa Ostella ["Ostella"], Philip J. Berg, Esq. ["Berg"], Go Excel Global and the Law Offices of

Philip J. Berg brought suit against Defendants, Edgar Hale, Caren Hale, Plains Radio Network, Inc. ["Plains Radio"], Bar H Farms, KPRN AM 1610 ["Hale Defendants"], Linda Sue Belcher a/k/a Linda Starr ["Belcher"] for Permanent Injunctive Relief enjoining the Defendants from placing and/or posting any type of publications on the Internet, on the Radio, on website forums, private internet networks or/and public internet networks; the publication of Plaintiffs' private data; Invasion of Privacy; Invasion of Plaintiffs rights to Solitude; Placing Plaintiffs in a False Light; Disclosure of Private facts; Cyber-Bullying; Cyber-Stalking; Cyber-Harassment; Slander; Libel; Defamation; Intentional Infliction of Emotional Distress; and to enjoin all the Defendants' unlawful conduct; recovery of actual damages; statutory damages; punitive damages and other damages for Defendants' unlawful acts, disgorgement of all unjust gains and attorney fees and costs.

Defendants Edgar and Caren Hale run an Internet Radio show which also airs on AM radio channels by and through Plains Radio Network, Inc. KPRN AM 1610 and Bar H. Farms.

Ms. Adams co-hosted with Defendant Edgar Hale on his radio show, Plains Radio Network, Inc. for a few weeks in August 2008. Mr. Berg appeared on the Hale Defendants radio programs a few times. Plaintiff Adams was going to have a guest on the radio show, Lawrence Sinclair, and Defendant Hale wanted Plaintiff

Adams to falsify a story about Mr. Sinclair.  Plaintiff Adams refused and decided to leave Plains Radio as a result thereto.

Defendants Edgar and Caren Hale began spreading false rumors that they had procured and paid the expenses in procuring an International Birth Certificate for our now sitting President, Barack Obama, and stated they provided the original documents to Mr. Berg.  Of course, this was untrue.  It was also brought to Mr. Berg's attention that the Hale Defendants were collecting monies they claimed was for Mr. Berg and his litigation.  But, Mr. Berg never received any of the proceeds, nor did he ever give permission for the Hale Defendants to collect money on his behalf.  As a result thereto, Mr. Berg refused to go on any further radio shows of the Hale Defendants or have anything to do with the Hale Defendants.

The Hale Defendants began posting all over the Internet and stating on radio shows that Plaintiff Evelyn Adams was a thief, a whore, a bitch, and stated Mrs. Adams would sleep with anyone for a dollar.  The Hale Defendants also began falsely accusing Evelyn Adams of stealing their "Obama" Divorce papers.  The Hale Defendants put out a "criminal record" of a woman also named Evelyn Adams, stating it was that of Plaintiff Evelyn Adams herein.  Further, the Hale Defendants put out Plaintiff Adams home number and had people calling, harassing, threatening and showing up at Mrs. Adams residence.

In addition, the Hale Defendants began posting all over the Internet and on Radio Shows that Plaintiff Berg was a thief, a drunk, that Mr. Berg spent all his money at bars, Mr. Berg stole Obama Divorce papers from them (the Hale Defendants), that Plaintiffs Berg and Adams were under investigation and going to be arrested and jailed under the Racketeering Influenced Corrupt Organization ["RICO"] crime statutes.

Mrs. Adams hired Mr. Berg and his firm to send Defendant Edgar Hale a Cease and Desist Letter to stop the slander on the Internet.  A Cease and Desist Letter was sent to the Hale Defendants, but this did **not** stop them from their illegal acts which damaged Plaintiffs Adams and Berg.

Shortly thereafter, Defendant Edgar Hale filed a false lawsuit against Evelyn Adams in Wellington, Texas claiming Plaintiff Adams stole the "Obama v. Obama" Divorce papers.  Mrs. Adams hired Mr. Berg and his firm to represent her, and Mr. Berg was able to have the case Dismissed with Prejudice.

Instead of stopping the illegal acts, the Hale Defendants began harassing Mr. Berg's paralegal, Lisa Liberi.  The Hale Defendants obtained an illegal background check and credit reports on Mrs. Liberi, and began posting on the Internet Mrs. Liberi's signature with documents that contained Plaintiff Liberi's full Social Security number, and discussing on radio programs a loan Mrs. Liberi had just

taken out, that Mrs. Liberi was stealing money from Orly Taitz[1], that Liberi was prosecuted in criminal court on 100 and 200 criminal counts, that Mrs. Liberi was a fraud, that Lisa Liberi, Adams, Lisa Ostella and Philip J. Berg, Esquire were "scamming" people, that Liberi handled all of Berg's fundraising monies, that Liberi had access to Berg's donors credit cards, etc.

This was also the same time the Hale Defendants went after Plaintiff Lisa Ostella.  The Hale Defendants were accusing Plaintiff Ostella of stealing monies from Orly Taitz, from "locking" Orly Taitz out of her website, of being the same person as Lisa Liberi, that Lisa Ostella had a "criminal record", that Lisa Ostella stole Orly Taitz' website, etc.

Linda Belcher was a volunteer web administrator for Mr. Berg's web blog and web forum.  Belcher had control panel access that allowed her to control web visitors to the blog, forum and email relays.  However, Belcher's behavior became unruly and therefore her moderator and administrator accesses were removed. Belcher began sending out emails to everyone located on Mr. Berg's website database falsely accusing Plaintiff Liberi of deleting Mr. Berg's emails, controlling Mr. Berg, erasing phone messages of Mr. Berg, stealing from Mr. Berg, and falsely

---

[1] Orly Taitz is an Attorney and Dentist being sued by Plaintiffs Lisa Liberi, Lisa Ostella and Philip J. Berg in the U.S. District Court, Central District of California, Southern Division, *Liberi, et al v. Taitz, et al*, Case No. 8:11-cv-00485 AG.  This is the other half of this case which was severed and transferred from Federal Court in Pennsylvania to Texas and California .

claiming Plaintiff Liberi and Mr. Berg were "harassing, slandering, libeling and defaming" her.

The Hale Defendants teamed up with Defendant Linda Belcher and Orly Taitz.   Belcher began going on the Hale Defendants Radio shows accusing Plaintiffs Liberi and Berg of harassing her, stating Liberi was handling credit cards on behalf of Mr. Berg, that Liberi was stealing monies from Orly Taitz and Berg, the Hale Defendants and Belcher were making fun of Liberi stating that they were going to make Liberi have another heart attack, that Liberi was going to be arrested, that Liberi was committing Social Security Fraud.   In fact, Belcher filed false complaints against Plaintiff Liberi with the Social Security Administration; Belcher filed false reports against Liberi with the Federal Bureau of Investigations in San Antonio, Texas; Belcher put out Liberi's home address and telephone number; Belcher had people calling and harassing Liberi and her family; was falsely accusing Liberi of sending out emails and posts slandering, libeling and defaming her (Belcher), when it was Belcher and the Hale Defendants conducting these illegal acts against the Plaintiffs.

It should be noted, Plaintiff Lisa Liberi is **not** a blogger, does **not** have a website, and other than Mr. Berg's website on Mr. Berg's behalf,[2] Liberi does **not** belong to or post on forums.

Belcher also filed false law enforcement reports against Liberi claiming Liberi was accessing Mr. Berg's donators' credit cards, stealing monies from Mr. Berg, stealing from Orly Taitz, committing fraud on the Courts, perjury, etc. Belcher also called Plaintiff Lisa Ostella claiming to be calling from Cyber Crimes Office in San Antonio, Texas. Belcher also joined teams with one of Orly Taitz's clients, Neil Turner, and sent Plaintiff Liberi's family photo[3], home address and telephone number to white supremacy groups, armed militia groups and other dangerous individuals and hate groups calling Plaintiff Liberi a "Blood Red Herring".

Belcher then teamed up with her friend of twenty [20] years, Geoff Staples. The two [2] along with the Hale Defendants and Orly Taitz set-up a website in Plaintiff Liberi's name, lisaliberi.com. Belcher sent out emails from an email address they set up, convictedfelon@lisaliberi.com to everyone on Liberi's AOL address book stating, "love your new site", signed convicted felon. The emails were sent to individuals, including attorney's Plaintiff Liberi interns with. This

[2] Lisa Liberi at the request of Philip J. Berg, Esquire did post information on Mr. Berg's website on Mr. Berg's behalf on a few occasions.

[3] Orly Taitz illegally obtained a family picture of Lisa Liberi and provided it to the Defendants herein.

website contained a picture of Plaintiff Liberi and was written as if Lisa Liberi was who created it and was posting it.   This disgusting website contained sexual innuendos[4].  In fact, the emails sent out to associates and friends of Lisa Liberi believed the emails were coming from Plaintiff Liberi.   Further, Belcher was communicating back and forth with Liberi's Associates as if she was Plaintiff Liberi.

Defendants Edgar Hale and Linda Sue Belcher have threatened to harm Plaintiffs and their witnesses.  Defendant Belcher threatened if Plaintiffs travel to Texas they will be sent home in pieces.

All of the Defendants have continued their illegal behaviors towards and against the Plaintiffs, which have caused Plaintiffs to suffer severe damages.

b. **Defendants' Synopsis:**

i. **Edgar Hale, Caren Hale, Plains Radio Network, Inc., KPRN Am 1610, and Bar H Farms ["Hale Defendants"]**

Unknown, as Defendants refused to cooperate.

ii. **Linda Sue Belcher a/k/a Linda Starr**

Unknown, as Defendant refused to cooperate.

---

[4] Lisaliberi.com contained a section with a woman wearing boots covering the woman's knees claiming it was to protect Lisa Liberi's knees while she was performing sexual favors for Judges, etc.

## II.   SUBJECT MATTER JURISDICTION:

Plaintiffs filed suit under diversity jurisdiction, 28 U.S.C. §1332(a).   The Case was Severed and Transferred from Federal Court in Pennsylvania to Texas and California.   The Hale Defendants reside in Wellington, Texas and Defendant Linda Sue Belcher resides in Castroville, Texas.   Therefore, this Court has Subject Matter Jurisdiction and Personal Jurisdiction over the Defendants.

## III.   MEDIATORS:

Plaintiffs located and are willing to employ any of the following Mediators:

1.   Stewart R. Werner, Esquire
     801 S Fillmore Street, Suite 720
     Amarillo, TX 79101
     Telephone: (806) 342-5480

2.   Leland W. Walters, Esquire
     120 W. Kingsmill, Suite 313
     P.O. Box 1754
     Pampa, TX 79066-1754
     Telephone: (806) 669-5993

3.   Ted Fowler, Esquire
     112 W. 8th Street, Suite 200
     Amarillo, Texas 79101
     Phone: (806) 374-7799

## IV.   THE SETTLEMENT CONFERENCE:

The Settlement Conference was scheduled for Wednesday, December 21, 2011 at 1:00 p.m. Eastern Standard time.   All Plaintiffs were standing by, ready

to participate.   None of the Defendants called in and/or participated in the

Settlement Conference.   Therefore, no demands and/or offers were made.

## V.   PARTIES WHO PARTICIPATED IN THE SETTLEMENT CONFERENCE:

1.  Plaintiff Evelyn Adams;

2.  Plaintiff Lisa Ostella;

3.  Go Excel Global;

4.  Plaintiff Lisa Liberi;

5.  Plaintiff Philip J. Berg, Esquire; and

6.  The Law Offices of Philip J. Berg.

**The following parties failed to participate and instead refused to abide by this Court's December 13, 2011 Order and refused to cooperate in the Settlement Conference and this Joint Report:**

1. Defendants Edgar Hale, Caren Hale, Bar H Farms, Inc., Plains Radio Network, Inc., and KPRN AM 1610; and

2. Defendant Linda Sue Belcher.

3.   **DAMAGES:**

**Plaintiffs position on damages:**

Plaintiffs contend they suffered serious damages and are seeking Actual

Damages; Exemplary Damages pursuant to statute; General Damages; Punitive

Damages; Special Damages; Civil Penalties pursuant to statute; Attorney Fees;

Costs of the within action; and Interest; a Permanent Injunction preventing the

illegal acts of the Defendants; and a Court Order that Defendants must remove all postings regarding any of the Plaintiffs.

**The Hale Defendants position on Damages**:

Unknown, Defendants refused to cooperate.

**Defendant Linda Sue Belcher's position on Damages**:

Unknown, Defendant refused to cooperate.

4.   **INSURANCE**:

Plaintiffs are unaware of any insurance carried by any of the Defendants.

5.   **SETTLEMENT**:

Plaintiffs do **not** anticipate the cooperation of Defendants, based on their past behaviors of failing to abide by any of the Court's Orders.   Therefore, Plaintiffs do **not** believe any progress will be made to settle this case.   Therefore, Plaintiffs will bring a Summary Judgment Motion or a Motion for Judgment on the Pleadings against the Defendants.

6.   **PLAINTIFFS WOULD HAVE BEEN WILLING TO SETTLE WITH THE DEFENDANTS ON THE FOLLOWING GROUNDS**:

Plaintiffs would be willing to settle with the Defendants based upon the following grounds:

   1.   An Order of the Court that Defendants Edgar Hale, Caren Hale and Linda Sue Belcher immediately turn over all background reports; credit reports; medical information, financial

information, and/or any data whatsoever pertaining to any of the Plaintiffs, that they were provided along with statements as to who and/or where they obtained the information pertaining to the Plaintiffs, including names, addresses, telephone numbers, etc.;

2.    An Order of the Court that Defendants Edgar Hale, Caren Hale, and Linda Sue Belcher provide the Plaintiffs a complete list of all subpoenas issued, the companies and/or individuals the subpoenas were issued to, all documents, information and/or data the subpoenas were seeking on the Plaintiffs and Defendants are to immediately turn over to Plaintiffs any and all documents, information and/or data received;

3.    An Order issued upon Defendants Edgar Hale, Caren Hale and Linda Sue Belcher that they are to immediately turn over to the Plaintiffs all individuals and businesses who supplied them any type of information on any of the Plaintiffs, and provide all documents, data and tangible items received pertaining to the Plaintiffs;

4.    An Order issued upon Defendants Edgar Hale, Caren Hale and Linda Sue Belcher that they are to immediately turn over to the Plaintiffs all records from the virtual host for lisaliberi.com, including, but not limited to all login and access information, all files on that host from the day it was made in 2010 through current day, the email address host and all emails in and out of that host;

5.    An immediate Order that Defendants Edgar Hale, Caren Hale and Linda Sue Belcher are to turn over to the Plaintiffs all information, data, email addresses, private data, etc. obtained from and the names and addresses of all persons and/or businesses who illegally obtained access to Plaintiff Lisa Liberi's email account, llisaliberi@aol.com;

6.    An Injunction preventing any further postings on the Internet or through email regarding any of the Plaintiffs who are **not** public individuals;

7.    An Injunction preventing Plaintiffs from being discussed on any of the Defendants radio programs as Plaintiffs are **not** public individuals;

8.    An immediate Order that Defendants Edgar Hale, Caren Hale and Linda Sue Belcher are to immediately turn over to Plaintiffs  all users names and alias names used by Belcher and the Hale's on any and all websites, forums, blogs, etc., e.g. Repubx.com under the alias Jesse Smith, JD Smith, Linda Starr, etc. The names and links to all websites, forums, blogs, etc. Defendants Edgar Hale, Caren Hale and Linda Sue Belcher posted information regarding the Plaintiffs, and/or all websites, forums, RSS feeds, blogs, etc. Defendants sent information pertaining to any of the Plaintiffs;

9.    An Order of the Court that Defendants Edgar Hale, Caren Hale and Linda Sue Belcher are to immediately turn over a list of all individuals and businesses, the addresses and telephone numbers of said individuals and business in which Defendants Edgar Hale, Caren Hale, and Linda Sue Belcher discussed and/or shared any of the Plaintiffs private data, information, financial records, or details with.  E.g. Charlene, Kat Lawson, Ralph, etc.;

10.   An immediate Order that Defendants Edgar Hale, Caren Hale and Linda Sue Belcher are to immediately disclose all communications pertaining to any of the Plaintiffs with Orly Taitz, Neil Sankey, Todd Sankey, planned actions taken against any of the Plaintiffs, and any and all documents, data, tangible items obtained from Orly Taitz, Neil Sankey, Todd Sankey and/or anyone on behalf of Orly Taitz, Neil Sankey, Todd Sankey pertaining to any of the Plaintiffs;

11.   An Injunction preventing Defendants from any further access to Plaintiffs private data, credit reports, medical information, financial information, background reports, surveillance of any of the Plaintiffs, etc.;

12.   An Injunction that Defendants Edgar Hale, Caren Hale, Linda Sue Belcher stay One Thousand [1000'] feet from any of the Plaintiffs, not contact any of the Plaintiffs, not surveil, follow,

and/or harass any of the Plaintiffs and enjoin Defendants Edgar Hale, Caren Hale and Linda Sue Belcher from having any of their colleagues, family members, followers, supporters, business partners, business associates or anyone on their behalf from contacting and harassing any of the Plaintiffs and the Plaintiffs family members;

13.    An immediate Order issued upon the Hale Defendants and Defendant Linda Sue Belcher to retract all postings containing any of the Plaintiffs names and/or information that they posted or caused to be posted on the Internet;

14.    **MONETORY DAMAGES FROM DEFENDANTS EDGAR HALE, CAREN HALE, BAR H FARMS, INC., PLAINS RADIO NETWORK, INC., AND KPRN AM 1610 ["THE HALE DEFENDANTS"], in addition to the above:**

A.    Plaintiff Evelyn  Adams would be willing to settle with the Hale Defendants for $350,000.00;

B.    Plaintiff Lisa Liberi would be willing to settle with the Hale Defendants for $250,000.00;

C.    Plaintiff Lisa Ostella and Go Excel Global would be willing to settle with the Hale Defendants for $150,000.00;

D.    Plaintiff Philip J. Berg, Esquire and the Law Offices of Philip J. Berg would be willing to settle with the Hale Defendants for $500,000.00;

15.    **MONETARY DAMAGES FROM LINDA SUE BELCHER ["BELCHER"], in addition to the above:**

A.    Plaintiff Evelyn Adams would be willing to settle with Belcher for $75,000.00.

B.    Plaintiffs Lisa Ostella and Go Excel Global would be willing to settle with Belcher for $90,000.00;

C.    Plaintiff Lisa Liberi would be willing to settle with Belcher for $250,000.00;

D.    Plaintiffs Philip J. Berg, Esquire and the Law Offices of Philip J. Berg, would be willing to settle with Belcher for $500,000.00.

Respectfully submitted,

Dated:  December 30, 2011          __/s/ Philip J. Berg_____
                                    Philip J. Berg, Esquire

The Following Plaintiffs in Pro Se have participated in and approved this Report's contents; and given full permission for their electronic signature to be inputted on the within Document.   Mr. Berg maintains in his office, the originally signed copies by each of the following Plaintiffs:

Dated:  December 30, 2011          /s/ Evelyn Adams_____
                                    EVELYN ADAMS, Plaintiff

Dated:  December 30, 2011          /s/ Lisa Ostella_____
                                    LISA OSTELLA and
                                    GO EXCEL GLOBAL, Plaintiffs

Dated:  December 30, 2011          /s/ Lisa Liberi_____
                                    LISA LIBERI, Plaintiff

# EXHIBIT "1"

_Liberi, et al v. Belcher, et al_, Case No. 2:11-cv-090-J _Plaintiffs Settlement Conference Status Report_

From: **Philip Berg** <philjberg@gmail.com>
Date: Wed, Dec 14, 2011 at 2:42 PM
Subject: Liberi, et al v. Belcher, et al, Case No. 2:11-cv-090-J - Order of the Court
To: Linda Starr <starrbuzz@sbcglobal.net>, Newwomensparty@aol.com,
plains.radio@yahoo.com, ed@plainsradio.com, barhfarms@gmail.com, ed@voabn.com,
caren156@gmail.com

**December 14, 2011**

**Linda Sue Belcher**
**201 Paris Street**
**Castroville, Texas 78009**
**Email:  starrbuzz@sbcglobal.net, and Newwomensparty@aol.com,**

**Edgar Hale**
**Caren Hale**
**KPRN AM 1610**
**Plains Radio Network, Inc.**
**Bar H Farms**
**1401 Bowie**
**Wellington, Texas 79095**
**Email:  plains.radio@yahoo.com, ed@plainsradio.com, barhfarms@gmail.com,**
**ed@voabn.com, and caren156@gmail.com**

**Re:  December 13, 2011 Order of the Court**
      **_Liberi, et al v. Belcher, et al_, Case No. 2:11-cv-090-J**

**Dear Defendants:**

**Yesterday, December 13, 2011, Judge Mary Lou Robinson issued several
Orders.  In particular is an Order that the parties are to attend Mediation, a
copy of Judge Robinson's Order is attached hereto.  The Mediation must be
concluded on or before January 31, 2012.**

**Prior to Mediation, the parties are Ordered to conduct a Settlement Conference
and prepare a Joint Settlement Conference Status Report.  This report must
contain:**

1. **Plaintiffs version of the case;**
2. **Defendants version of the case;**
3. **Date and Time of the Settlement Conference of the parties;**
4. **Who participated in the Settlement Conference;**

5.  In there is any insurance, if so, the name of the adjuster who has settlement authority;
6.  A statement whether meaningful progress was made towards settlement;
7.  A statement regarding the prospects of settlement; and
8.  The dollar amounts of any offers and/or demands.

The report must be filed on or before December 30, 2011.

The Order further outlines that we are to submit the names of three (3) Mediators, or in the alternative and all parties can agree, the name so designated and supply this to the Court in the Joint Report, again, which is due filed with the Court on or before December 30, 2011.

The Court does not have a list of Mediators.  We have conducted a search and have located the following Mediators in Amarillo, Texas.

1.  **Stewart R. Werner, Esquire**
    **801 S Fillmore St, Suite 720**
    **Amarillo, TX 79101**
    **Telephone:  (806) 342-5480**
    **$200.00 per hour**
    **$750.00 for half day**

2.  **Leland W. Walters, Esquire**
    **120 W. Kingsmill, Suite 313**
    **P.O. Box 1754**
    **Pampa, TX 79066-1754**
    **Telephone:  (806) 669-5993**
      **No blocked and/or unavailable dates**
      **in January 2012 as of today, Dec. 14, 2011**

3.  **Ted Fowler, Esquire**
    **112 W. 8th Street, Suite 200**
    **Amarillo, Texas 79101**
    **Phone:  (806) 374-7799**
    **Dates unavailable:  January 9, 11, 13 and 16, 2012**
    **Monday's – Available 1/23/2012 or 1/30/2012**
    **Friday's – Available 1/6/2012, 1/20/2012, and 1/27/2012**
    **or, Tuesday, Wednesday and/or Thursday any date in  January**
    **except. Jan. 9,  11, 13, and 16, 2012.**
    **Rate:  $200.00 per hour**

You are welcome to choose from the above list, or you can attempt to locate your own mediators and supply us their names and phone number.  Otherwise, you must file your own list of Mediators, at least three (3), with the Court on or before December 30, 2011 and Plaintiffs will do the same.  At that time, Judge Robinson will Order which Mediator will conduct the Mediation.

I must receive from the Defendants either your list of Mediators, or your acceptance to the three (3) listed above on or before the end of day, Monday, December 19, 2011 Eastern Standard Time.  Otherwise, we will file our list with the Court and inform the Court of your failure to cooperate.   We must also have your dates in which you are available to attend the Mediation.  Again, Mediation must be completed on or before January 31, 2012 and the Mediator requires time to prepare their report for the Court.  Mediation will be held in Amarillo, Texas at an address provided by the chosen and/or Court Ordered Mediator.

All parties are to participate in the Settlement Conference.  I have set the Settlement Conference for Wednesday, December 21, 2011 at 1:00 p.m. Please supply me a phone number, where I can call each Defendant with the Plaintiffs for the Settlement Conference.  If you are unavailable to conduct the Settlement Conference December 21, 2011 at 1:00 p.m., please advise when you will be available prior to the end of day, Tuesday, December 20, 2011 Eastern Standard Time.

We must complete the Settlement Conference by the end of day Wednesday, December 21, 2011 as to give us time to prepare and file the Joint Settlement Conference Status Report with the Court.

There are other requirements and dates listed in the attached Order.  I encourage each of you to read the Order so you can timely comply.

Respectfully,


Philip J. Berg, Esquire
Law Offices of Philip J. Berg
555 Andorra Glen Court, Suite 12
Lafayette Hill, PA 19444-2531
Ph:  (610) 825-3134

**and**

**Lisa Liberi**
**Evelyn Adams**
**Lisa Ostella**
**Go Excel Global**
**c/o Philip J. Berg, Esquire**
**555 Andorra Glen Court, Suite 12**
**Lafayette Hill, PA 19444-2531**
**Ph:** **(610) 825-3134**
**Email:** **Philjberg@gmail.com**

---

Order referring case to non-binding mediation.pdf
174K   View   Download

# EXHIBIT "2"

From: **Ed** <ed@agnewsusa.com>
Date: Wed, Dec 14, 2011 at 5:04 PM
Subject: Re: Liberi, et al v. Belcher, et al, Case No. 2:11-cv-090-J - Order of the Court
To: Philip Berg <philjberg@gmail.com>

YOu have jsut voliated Federal bankruptcy law. I will do what I can to see that you get jail time for this. Ed Hale

----- Original Message -----
From: Philip Berg
To: Linda Starr ; Newwomensparty@aol.com ; plains.radio@yahoo.com ; ed@plainsradio.com ; barhfarms@gmail.com ; ed@voabn.com ; caren156@gmail.com
Sent: Wednesday, December 14, 2011 3:42 PM
Subject: Liberi, et al v. Belcher, et al, Case No. 2:11-cv-090-J - Order of the Court

**December 14, 2011**

**Linda Sue Belcher**
**201 Paris Street**
**Castroville, Texas 78009**
**Email:  starrbuzz@sbcglobal.net, and Newwomensparty@aol.com,**

**Edgar Hale**
**Caren Hale**
**KPRN AM 1610**
**Plains Radio Network, Inc.**
**Bar H Farms**
**1401 Bowie**
**Wellington, Texas 79095**
**Email:  plains.radio@yahoo.com, ed@plainsradio.com, barhfarms@gmail.com, ed@voabn.com, and caren156@gmail.com**

**Re:  December 13, 2011 Order of the Court**
      **_Liberi, et al v. Belcher, et al_, Case No. 2:11-cv-090-J**

**Dear Defendants:**

**Yesterday, December 13, 2011, Judge Mary Lou Robinson issued several Orders.  In particular is an Order that the parties are to attend Mediation, a copy of Judge Robinson's Order is attached hereto.  The Mediation must be concluded on or before January 31, 2012.**

Prior to Mediation, the parties are Ordered to conduct a Settlement Conference and prepare a Joint Settlement Conference Status Report.  This report must contain:

1. Plaintiffs version of the case;
2. Defendants version of the case;
3. Date and Time of the Settlement Conference of the parties;
4. Who participated in the Settlement Conference;
5. In there is any insurance, if so, the name of the adjuster who has settlement authority;
6. A statement whether meaningful progress was made towards settlement;
7. A statement regarding the prospects of settlement; and
8. The dollar amounts of any offers and/or demands.

The report must be filed on or before December 30, 2011.

The Order further outlines that we are to submit the names of three (3) Mediators, or in the alternative and all parties can agree, the name so designated and supply this to the Court in the Joint Report, again, which is due filed with the Court on or before December 30, 2011.

The Court does <u>not</u> have a list of Mediators.  We have conducted a search and have located the following Mediators in Amarillo, Texas.

1.      Stewart R. Werner, Esquire
        801 S Fillmore St, Suite 720
        Amarillo, TX 79101
        Telephone:  (806) 342-5480
        $200.00 per hour
        $750.00 for half day

2.      Leland W. Walters, Esquire
        120 W. Kingsmill, Suite 313
        P.O. Box 1754
        Pampa, TX 79066-1754
        Telephone:  (806) 669-5993
          No blocked and/or unavailable dates
            in January 2012 as of today, Dec. 14, 2011

3.      Ted Fowler, Esquire
        112 W. 8th Street, Suite 200
        Amarillo, Texas 79101

**Phone:** (806) 374-7799
**Dates unavailable:  January 9, 11, 13 and 16, 2012**
**Monday's – Available 1/23/2012 or 1/30/2012**
**Friday's – Available 1/6/2012, 1/20/2012, and 1/27/2012**
 or, Tuesday, Wednesday and/or Thursday any date in  January except.
Jan. 9,  11, 13, and 16, 2012.
**Rate:  $200.00 per hour**

You are welcome to choose from the above list, or you can attempt to locate your own mediators and supply us their names and phone number.  Otherwise, you must file your own list of Mediators, at least three (3), with the Court on or before December 30, 2011 and Plaintiffs will do the same.  At that time, Judge Robinson will Order which Mediator will conduct the Mediation.

I must receive from the Defendants either your list of Mediators, or your acceptance to the three (3) listed above on or before the end of day, Monday, December 19, 2011 Eastern Standard Time.  Otherwise, we will file our list with the Court and inform the Court of your failure to cooperate.   We must also have your dates in which you are available to attend the Mediation.  Again, Mediation must be completed on or before January 31, 2012 and the Mediator requires time to prepare their report for the Court.  Mediation will be held in Amarillo, Texas at an address provided by the chosen and/or Court Ordered Mediator.

All parties are to participate in the Settlement Conference.  I have set the Settlement Conference for Wednesday, December 21, 2011 at 1:00 p.m. Please supply me a phone number, where I can call each Defendant with the Plaintiffs for the Settlement Conference.  If you are unavailable to conduct the Settlement Conference December 21, 2011 at 1:00 p.m., please advise when you will be available prior to the end of day, Tuesday, December 20, 2011 Eastern Standard Time.

We must complete the Settlement Conference by the end of day Wednesday, December 21, 2011 as to give us time to prepare and file the Joint Settlement Conference Status Report with the Court.

There are other requirements and dates listed in the attached Order.  I encourage each of you to read the Order so you can timely comply.

Respectfully,

**Philip J. Berg, Esquire**
**Law Offices of Philip J. Berg**
**555 Andorra Glen Court, Suite 12**
**Lafayette Hill, PA 19444-2531**
**Ph:  (610) 825-3134**

**and**

**Lisa Liberi**
**Evelyn Adams**
**Lisa Ostella**
**Go Excel Global**
**c/o Philip J. Berg, Esquire**
**555 Andorra Glen Court, Suite 12**
**Lafayette Hill, PA 19444-2531**
**Ph:  (610) 825-3134**
**Email:  Philjberg@gmail.com**

---

Order referring case to non-binding mediation.pdf
174K   View   Download

# EXHIBIT "3"

*Liberi, et al v. Belcher, et al*, Case No. 2:11-cv-090-J *Plaintiffs Settlement Conference Status Report*

From: **Philip Berg** <philjberg@gmail.com>
Date: Wed, Dec 14, 2011 at 3:28 PM
Subject: Re: Liberi, et al v. Belcher, et al, Case No. 2:11-cv-090-J - Order of the Court
To: Ed <ed@agnewsusa.com>


Mr. Hale,

What bankruptcy?  If you or any of the other Defendants are in Bankruptcy, we have not been
listed as Debtors, nor notified by you, any other Defendant, or the Court.

Please advise who filed bankruptcy, the date of the bankruptcy filing, the chapter, case number,
Judge and district assigned.


Respectfully,

Philip J. Berg, Esquire
Law Offices of Philip J. Berg
Lisa Liberi
Lisa Ostella
Evelyn Adams
Go Excel Global

On Wed, Dec 14, 2011 at 3:04 PM, Ed <ed@agnewsusa.com> wrote:
YOu have jsut voliated Federal bankruptcy law. I will do what I can to see that you get
jail time for this. Ed Hale


----- Original Message -----
**From:** Philip Berg
**To:** Linda Starr ; Newwomensparty@aol.com ; plains.radio@yahoo.com ; ed@plainsradio.com ;
barhfarms@gmail.com ; ed@voabn.com ; caren156@gmail.com
**Sent:** Wednesday, December 14, 2011 3:42 PM
**Subject:** Liberi, et al v. Belcher, et al, Case No. 2:11-cv-090-J - Order of the Court

# December 14, 2011

**Linda Sue Belcher**
**201 Paris Street**
**Castroville, Texas 78009**
**Email:  starrbuzz@sbcglobal.net, and Newwomensparty@aol.com,**


**Edgar Hale**
**Caren Hale**
**KPRN AM 1610**

**Plains Radio Network, Inc.**
**Bar H Farms**
**1401 Bowie**
**Wellington, Texas 79095**
**Email:  plains.radio@yahoo.com, ed@plainsradio.com, barhfarms@gmail.com,**
**ed@voabn.com, and caren156@gmail.com**

**Re:  December 13, 2011 Order of the Court**
        ***Liberi, et al v. Belcher, et al*, Case No. 2:11-cv-090-J**

**Dear Defendants:**

**Yesterday, December 13, 2011, Judge Mary Lou Robinson issued several
Orders.  In particular is an Order that the parties are to attend Mediation, a
copy of Judge Robinson's Order is attached hereto.  The Mediation must be
concluded on or before January 31, 2012.**

**Prior to Mediation, the parties are Ordered to conduct a Settlement Conference
and prepare a Joint Settlement Conference Status Report.  This report must
contain:**

**1.  Plaintiffs version of the case;**
**2.  Defendants version of the case;**
**3.  Date and Time of the Settlement Conference of the parties;**
**4.  Who participated in the Settlement Conference;**
**5.  In there is any insurance, if so, the name of the adjuster who has settlement
authority;**
**6.  A statement whether meaningful progress was made towards settlement;**
**7.  A statement regarding the prospects of settlement; and**
**8.  The dollar amounts of any offers and/or demands.**

**The report must be filed on or before December 30, 2011.**

**The Order further outlines that we are to submit the names of three (3)
Mediators, or in the alternative and all parties can agree, the name so designated
and supply this to the Court in the Joint Report, again, which is due filed with
the Court on or before December 30, 2011.**

**The Court does <u>not</u> have a list of Mediators.  We have conducted a search and
have located the following Mediators in Amarillo, Texas.**

1.      **Stewart R. Werner, Esquire**
        **801 S Fillmore St, Suite 720**
        **Amarillo, TX 79101**
        **Telephone:  (806) 342-5480**
        **$200.00 per hour**
        **$750.00 for half day**

2.      **Leland W. Walters, Esquire**
        **120 W. Kingsmill, Suite 313**
        **P.O. Box 1754**
        **Pampa, TX 79066-1754**
        **Telephone:  (806) 669-5993**
          **No blocked and/or unavailable dates**
            **in January 2012 as of today, Dec. 14, 2011**

3.      **Ted Fowler, Esquire**
        **112 W. 8th Street, Suite 200**
        **Amarillo, Texas 79101**
        **Phone:  (806) 374-7799**
        **Dates unavailable:  January 9, 11, 13 and 16, 2012**
        **Monday's – Available 1/23/2012 or 1/30/2012**
        **Friday's – Available 1/6/2012, 1/20/2012, and 1/27/2012**
   **or, Tuesday, Wednesday and/or Thursday any date in  January except.**
**Jan. 9,  11, 13, and 16, 2012.**
        **Rate:  $200.00 per hour**

**You are welcome to choose from the above list, or you can attempt to locate your own mediators and supply us their names and phone number.  Otherwise, you must file your own list of Mediators, at least three (3), with the Court on or before December 30, 2011 and Plaintiffs will do the same.  At that time, Judge Robinson will Order which Mediator will conduct the Mediation.**

**I must receive from the Defendants either your list of Mediators, or your acceptance to the three (3) listed above on or before the end of day, Monday, December 19, 2011 Eastern Standard Time.  Otherwise, we will file our list with the Court and inform the Court of your failure to cooperate.   We must also have your dates in which you are available to attend the Mediation.  Again, Mediation must be completed on or before January 31, 2012 and the Mediator requires time to prepare their report for the Court.  Mediation will be held in Amarillo, Texas at an address provided by the chosen and/or Court Ordered Mediator.**

**All parties are to participate in the Settlement Conference.  I have set the Settlement Conference for Wednesday, December 21, 2011 at 1:00 p.m. Please supply me a phone number, where I can call each Defendant with the Plaintiffs for the Settlement Conference.  If you are unavailable to conduct the Settlement Conference December 21, 2011 at 1:00 p.m., please advise when you will be available prior to the end of day, Tuesday, December 20, 2011 Eastern Standard Time.**

**We must complete the Settlement Conference by the end of day Wednesday, December 21, 2011 as to give us time to prepare and file the Joint Settlement Conference Status Report with the Court.**

**There are other requirements and dates listed in the attached Order.  I encourage each of you to read the Order so you can timely comply.**

**Respectfully,**


**Philip J. Berg, Esquire**
**Law Offices of Philip J. Berg**
**555 Andorra Glen Court, Suite 12**
**Lafayette Hill, PA 19444-2531**
**Ph:  (610) 825-3134**

**and**

**Lisa Liberi**
**Evelyn Adams**
**Lisa Ostella**
**Go Excel Global**
c/o Philip J. Berg, Esquire
555 Andorra Glen Court, Suite 12
Lafayette Hill, PA 19444-2531
Ph:  (610) 825-3134
Email:  Philjberg@gmail.com

---

Order referring case to non-binding mediation.pdf
174K   View   Download

# EXHIBIT "4"

_Liberi, et al v. Belcher, et al_, Case No. 2:11-cv-090-J _Plaintiffs Settlement Conference Status Report_

From: **Ed** <ed@agnewsusa.com>
Date: Wed, Dec 14, 2011 at 5:46 PM
Subject: Re: Liberi, et al v. Belcher, et al, Case No. 2:11-cv-090-J - Order of the Court
To: Philip Berg <philjberg@gmail.com>

Oh yes you have been. My attorney is Patrick Swindell of Amarillo. Ed
----- Original Message -----
**From:** Philip Berg
**To:** Ed
**Sent:** Wednesday, December 14, 2011 4:28 PM
**Subject:** Re: Liberi, et al v. Belcher, et al, Case No. 2:11-cv-090-J - Order of the Court

Mr. Hale,

What bankruptcy?  If you or any of the other Defendants are in Bankruptcy, we have not been
listed as Debtors, nor notified by you, any other Defendant, or the Court.

Please advise who filed bankruptcy, the date of the bankruptcy filing, the chapter, case number,
Judge and district assigned.

Respectfully,

Philip J. Berg, Esquire
Law Offices of Philip J. Berg
Lisa Liberi
Lisa Ostella
Evelyn Adams
Go Excel Global
On Wed, Dec 14, 2011 at 3:04 PM, Ed <ed@agnewsusa.com> wrote:
YOu have jsut voliated Federal bankruptcy law. I will do what I can to see that you get
jail time for this. Ed Hale


----- Original Message -----
**From:** Philip Berg
**To:** Linda Starr ; Newwomensparty@aol.com ; plains.radio@yahoo.com ; ed@plainsradio.com ;
barhfarms@gmail.com ; ed@voabn.com ; caren156@gmail.com
**Sent:** Wednesday, December 14, 2011 3:42 PM
**Subject:** Liberi, et al v. Belcher, et al, Case No. 2:11-cv-090-J - Order of the Court

# December 14, 2011

**Linda Sue Belcher
201 Paris Street
Castroville, Texas 78009
Email:  starrbuzz@sbcglobal.net, and Newwomensparty@aol.com,**

Edgar Hale
Caren Hale
KPRN AM 1610
Plains Radio Network, Inc.
Bar H Farms
1401 Bowie
Wellington, Texas 79095
Email:  plains.radio@yahoo.com, ed@plainsradio.com, barhfarms@gmail.com,
ed@voabn.com, and caren156@gmail.com

Re:  December 13, 2011 Order of the Court
    *Liberi, et al v. Belcher, et al*, Case No. 2:11-cv-090-J

Dear Defendants:

Yesterday, December 13, 2011, Judge Mary Lou Robinson issued several
Orders.  In particular is an Order that the parties are to attend Mediation, a
copy of Judge Robinson's Order is attached hereto.  The Mediation must be
concluded on or before January 31, 2012.

Prior to Mediation, the parties are Ordered to conduct a Settlement Conference
and prepare a Joint Settlement Conference Status Report.  This report must
contain:

1.  Plaintiffs version of the case;
2.  Defendants version of the case;
3.  Date and Time of the Settlement Conference of the parties;
4.  Who participated in the Settlement Conference;
5.  In there is any insurance, if so, the name of the adjuster who has settlement
authority;
6.  A statement whether meaningful progress was made towards settlement;
7.  A statement regarding the prospects of settlement; and
8.  The dollar amounts of any offers and/or demands.

The report must be filed on or before December 30, 2011.

The Order further outlines that we are to submit the names of three (3)
Mediators, or in the alternative and all parties can agree, the name so designated
and supply this to the Court in the Joint Report, again, which is due filed with
the Court on or before December 30, 2011.

The Court does **not** have a list of Mediators.  We have conducted a search and have located the following Mediators in Amarillo, Texas.

1.   **Stewart R. Werner, Esquire**
     **801 S Fillmore St, Suite 720**
     **Amarillo, TX 79101**
     **Telephone:  (806) 342-5480**
     **$200.00 per hour**
     **$750.00 for half day**

2.   **Leland W. Walters, Esquire**
     **120 W. Kingsmill, Suite 313**
     **P.O. Box 1754**
     **Pampa, TX 79066-1754**
     **Telephone:  (806) 669-5993**
       **No blocked and/or unavailable dates**
          **in January 2012 as of today, Dec. 14, 2011**

3.   **Ted Fowler, Esquire**
     **112 W. 8th Street, Suite 200**
     **Amarillo, Texas 79101**
     **Phone:  (806) 374-7799**
     **Dates unavailable:  January 9, 11, 13 and 16, 2012**
     **Monday's – Available 1/23/2012 or 1/30/2012**
     **Friday's – Available 1/6/2012, 1/20/2012, and 1/27/2012**
   **or, Tuesday, Wednesday and/or Thursday any date in  January except.**
   **Jan. 9,  11, 13, and 16, 2012.**
        **Rate:  $200.00 per hour**

You are welcome to choose from the above list, or you can attempt to locate your own mediators and supply us their names and phone number.  Otherwise, you must file your own list of Mediators, at least three (3), with the Court on or before December 30, 2011 and Plaintiffs will do the same.  At that time, Judge Robinson will Order which Mediator will conduct the Mediation.

I must receive from the Defendants either your list of Mediators, or your acceptance to the three (3) listed above on or before the end of day, Monday, December 19, 2011 Eastern Standard Time.  Otherwise, we will file our list with the Court and inform the Court of your failure to cooperate.   We must also have your dates in which you are available to attend the Mediation.  Again, Mediation must be completed on or before

January 31, 2012 and the Mediator requires time to prepare their report for the Court.  Mediation will be held in Amarillo, Texas at an address provided by the chosen and/or Court Ordered Mediator.

All parties are to participate in the Settlement Conference.  I have set the Settlement Conference for Wednesday, December 21, 2011 at 1:00 p.m. Please supply me a phone number, where I can call each Defendant with the Plaintiffs for the Settlement Conference.  If you are unavailable to conduct the Settlement Conference December 21, 2011 at 1:00 p.m., please advise when you will be available prior to the end of day, Tuesday, December 20, 2011 Eastern Standard Time.

We must complete the Settlement Conference by the end of day Wednesday, December 21, 2011 as to give us time to prepare and file the Joint Settlement Conference Status Report with the Court.

There are other requirements and dates listed in the attached Order.  I encourage each of you to read the Order so you can timely comply.

Respectfully,


Philip J. Berg, Esquire
Law Offices of Philip J. Berg
555 Andorra Glen Court, Suite 12
Lafayette Hill, PA 19444-2531
Ph:  (610) 825-3134

and

Lisa Liberi
Evelyn Adams
Lisa Ostella
Go Excel Global
c/o Philip J. Berg, Esquire
555 Andorra Glen Court, Suite 12
Lafayette Hill, PA 19444-2531
Ph:  (610) 825-3134
Email:  Philjberg@gmail.com

---

Order referring case to non-binding mediation.pdf
174K   View   Download